Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
115 E. Islay Street
Santa Barbara, CA 93101
Telephone: (805) 845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE,
a Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER MADISON, et al.,<br><br>Plaintiffs,<br>vs.<br><br>JOEL BARRY GILLIS, et al.,<br><br>Defendants. | Case No. 5:16-cv-00502-SJO (FFMx)<br><br>**PLAINTIFFS' REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST DEFENDANTS JOEL BARRY GILLIS AND EDWARD WISHNER** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs hereby request the clerk of the above-entitled Court enter default in this matter against defendants Joel Barry Gillis ("Gillis") and Edward Wishner ("Wishner") individually, on the ground that said defendants have failed to appear or otherwise respond to Plaintiffs' Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served Wishner with the Complaint on May 4, 2016 and served Gillis with the Complaint on May 19, 2016, as evidenced by the Proofs of Service of Summons and Complaint on file with this Court (Dkt. Nos. 25 and 28 respectively).

The above-stated facts are set forth in the accompanying Declaration of Michael P. Denver filed herewith.

Dated: July 6, 2016                  Respectfully submitted,

/s/ *Robert L. Brace*
Robert L. Brace, Esq.

HOLLISTER & BRACE

By: /s/ *Michael P. Denver*
Michael P. Denver
Attorneys for Plaintiffs and all others similarly situated

# CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing document to be served upon counsel of record through the Court's electronic service system (ECF/CM).

Dated: July 6, 2016           /s/ Michael P. Denver
                              Michael P. Denver
                              *Attorney for Plaintiffs*