Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
115 E. Islay Street
Santa Barbara, CA 93101
Telephone: (805) 845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE,
a Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER MADISON, et al., <br><br> Plaintiffs, <br> vs. <br><br> JOEL BARRY GILLIS, et al., <br><br> Defendants. | Case No. 5:16-cv-00502-SJO (FFMx) <br><br> **DECLARATION IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST JOEL BARRY GILLIS AND EDWARD WISHNER** |

I, Michael P. Denver, declare as follows:

1. I am an attorney licensed to practice in California and before this Court and a shareholder of Hollister & Brace, PC. I am counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Request for Default.

2. Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint (the "Complaint") served on all defendants.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Summons served on Edward Wishner ("Wishner"), along with the Complaint, on May 4, 2016.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Summons served on Joel Barry Gills ("Gillis"), along with the Complaint, on May 19, 2016.

5. Under Rule 12 of the Federal Rules of Civil Procedure, Mr. Wishner was required to respond, answer or otherwise plead to Plaintiffs' complaint by May 25, 2016 and Mr. Gillis was required to respond, answer or otherwise plead to Plaintiffs' complaint by June 9, 2016. Neither defendant nor anyone claiming to represent said defendants have contacted Plaintiffs' counsel to request an extension to respond to Plaintiffs' Complaint.

6. As of the date of this filing, neither defendant has served Plaintiffs' counsel with a response, answer or pleading to Plaintiffs' Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2016 at Santa Barbara, California.

/s/  Michael P. Denver
    Michael P. Denver

2

DECLARATION IN SUPPORT OF REQUEST
FOR ENTRY OF DEFAULT

Case No. 5:16-cv-00502-SJO(FFMx)

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing document to be served upon counsel of record through the Court's electronic service system (ECF/CM).

Dated: July 6, 2016            /s/ Michael P. Denver

                                                  Michael P. Denver
                                                  *Attorney for Plaintiffs*