```
              HOLLISTER & BRACE, APC

              P.O. BOX 630
              SANTA BARBARA, CA 93102-0630
                                                       (805)-963-6711
              ATTORNEY FOR: PLAINTIFF

FEDERAL DISTRICT COURT            19900
312 N. SPRING ST                  Branch: 91
LOS ANGELES, CA 90012
                        Case Number/5:16-CV-00502-SJO-FFMX
Plaintiff: MADISON, JOHN WALTER           PROOF OF SERVICE
Defendant: WISHNER, EDWARD

1. At the time of service, I was at least 18 years of age and not a party
   to this action, and SERVED COPIES OF THE:
   SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT

2. A. Party Served:
         WISHNER, EDWARD


   B. BY DELIVERING TO:
         WISHNER, EDWARD


   C. Address:
         1299 SOUTH SEASIDE AVE.
         SAN PEDRO, CA 90731

   D. By delivery: at home

3. I served the party named in item 2
   A. By personally delivering the copies:
                        (1) On: 05/04/16    (2) At: 10:05 AM

4. The 'Notice to the Person Served' was completed as follows:
   A. As an INDIVIDUAL defendant

5. Deputy ID: E222501            A. Fee for Service: $ 40.00
   Deputy ANNETTE M. DAVIS
   Sheriff's Office
   275 MAGNOLIA AVENUE, ROOM 4000
   LONG BEACH, CA 90802
   (562)-256-8291

7. I am a California Sheriff. I certify that the foregoing is true & correct.

                                              Jim McDonnell, Sheriff
Date: 05/04/16
 Br.: 91 91              By: _____
'JUD. COUN. FORM, RULE 982(A)(23).'          A. DAVIS, Deputy
```

**EXHIBIT B**

```
             HOLLISTER & BRACE, APC

             P.O. BOX 630
             SANTA BARBARA, CA 93102-0630
                                                         (805)-963-6711
             ATTORNEY FOR: PLAINTIFF

FEDERAL DISTRICT COURT            19900
312 N. SPRING ST                  Branch: 91
LOS ANGELES, CA 90012
                          Case Number/5:16-CV-00502-SJO-FFMX
Plaintiff: MADISON, JOHN WALTER                PROOF OF SERVICE
Defendant: WISHNER, EDWARD


Documents:
  SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; ATTACHMENT TO
  SUMMONS; COMPLAINT; CIVIL COVER SHEET & ATTACHMENT;STATEMENT
  OF RELATED CASES;CERTIFICATION&NOTICE OF INTERESTED PARTIES;
  NOTICE OF ASSIGNMENT OF JUDGE; NOTICE OF RELATED CASES UNDER
  LOCAL RULE 83-1.3.1; ORDER RE: NOTICE TO COUNSEL; ORDER RE
  TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES);
  INITIAL STANDING ORDER FOR CASE ASSIGNED TO JUDGE S. JAMES
  OTERO; FIRST AMENDED COMPLAINT: EXHIBIT #1 THROUGH
  EXHIBIT #26.
```

**EXHIBIT B**

Case 5:16-cv-00502-SJO-FFM   Document 25   Filed 05/20/16   Page 3 of 3   Page ID #:417
Case 5:16-cv-00502-SJO-FFM   Document 16   Filed 04/18/16   Page 5 of 5   Page ID #:390

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-CV-00502-SJO (FFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A. DAVIS, Court Services Specialist
was received by me on *(date)* April 28, 2016.

☑ I personally served the summons on the individual at *(place)* Edward Wishner
1299 S. Seaside Ave, San Pedro, CA 90731 on *(date)* May 4, 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/4/2016

_____
Server's signature

A. Davis
Printed name and title

275 Magnolia Ave #4000, Long Beach, CA 90802
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT B**