Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
115 E. Islay Street
Santa Barbara, CA 93101
Telephone: (805) 845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE,
a Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER MADISON, et al.,<br><br>Plaintiffs,<br>vs.<br><br>JOEL BARRY GILLIS, et al.,<br><br>Defendants. | Case No. 5:16-cv-00502-SJO (FFMx)<br><br>**JOINT STATUS REPORT**<br><br>**Hearing Date:** September 26, 2016<br>**Time:** 8:30 a.m.<br>**Courtroom:** 1<br>**Judge:** S. James Otero<br><br>*Filed on September 19, 2016* |

1

**JOINT STATUS REPORT**
**Case No. 5:16-cv-00502-SJO(FFMx)**
F:\MATTER\WK3\8348.001 NASI\Pleadings\Joint Status Report 9-19-16 V2.doc

1   Pursuant to Docket No. 37, Plaintiffs and non-defaulted defendants City National Bank, N.A., Patrick Brian Fitzwilliam and Betty Saleh (the "Parties") hereby file their Joint Status Conference Statement.

On Friday, September 16, 2016, the Parties filed a Stipulation to stay the case and continue the September 26th Status Conference until after the Parties participate in a mediation on November 17, 2016 before the Hon. Layn Phillips (Ret.). The Stipulation (Docket No. 38), a copy of which is attached hereto, contains additional information about the status of the case. The Parties jointly request the Court to execute the Proposed Order which was filed with the Stipulation.

Dated: September 19, 2016          HOLLISTER & BRACE, P.C.

                                   By:  /s/ *Michael P. Denver*
                                        Michael P. Denver

                                   *Attorneys for Plaintiffs and all others similarly situated*

Dated: September 19, 2016          MCKOOL SMITH HENNIGAN, P.C.

                                   By: /s/ *Jeanne E. Irving*
                                        Jeanne E. Irving

                                   *Attorneys for Defendant City National Bank, N.A.*

Dated: September 19, 2016          BLECHER COLLINS & PEPPERMAN

                                   By: /s/ *Howard K. Alperin*
                                        Howard K. Alperin

                                   *Attorneys for Defendants Patrick Brian Fitzwilliam and Betty Saleh*

2

Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
115 E. Islay Street
Santa Barbara, CA 93101
Telephone: (805) 845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE,
a Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile:   (805) 965-0329

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER MADISON, et al.,<br><br>Plaintiffs,<br>vs.<br><br>JOEL BARRY GILLIS, et al.,<br><br>Defendants. | Case No. 5:16-cv-00502-SJO (FFMx)<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND STAY LITIGATION IN VIEW OF PENDING MEDIATION** |

WHEREAS, all Defendants have been served and Defendants Gillis and Wishner have had defaults entered against them;

WHEREAS, the present deadline for Defendants City National Bank ("CNB"), Brian Patrick Fitzwilliam ("Fitzwilliam") and Betty Saleh ("Saleh") to respond to the Complaint is October 31, 2016;

1

**STIPULATION TO CONTINUE STATUS CONFERENCE**
**Case No. 5:16-cv-00502-SJO(FFMx)**

1. WHEREAS, the Madison Plaintiffs and Defendants CNB, Fitzwilliam and Saleh have been working together to arrange for a global mediation, along with: (i) the Receiver appointed by this Court in the action entitled *Securities and Exchange Commission v. Nationwide Automated Systems, Inc., et al. and Oasis Studio Rentals, et al.*, Case No CV-14-07249-SJO (FFMx) (the "Federal Receivership Action"), who has filed claims against CNB in state court entitled *William J. Hoffman, Receiver for NASI, etc. v. City National Bank, N.A., et al.* (the "Receiver's State Court Action"); and (ii) the parties in the related action styled *Robert Nairn, et al. v. City National Bank, et al.*, Los Angeles Superior Court Case No. BC606667 (the "State Court Class Action");

WHEREAS, the parties in the noted related actions have jointly retained the Hon. Layn Phillips (Ret.) to mediate the claims on November 17, 2016;

WHEREAS, the parties in this action and the related actions all agree that each of the respective actions should stand still pending the outcome of mediation;

WHEREAS, pursuant to Docket No. 37 in the above-captioned matter, the parties are presently obligated to file a Joint Status Conference Statement on September 19, 2016 and attend a Status Conference on September 26, 2016;

Now therefore, based on the foregoing, the Madison Plaintiffs and the Defendants hereby stipulate and agree that from September 1st through November 28th, unless otherwise mutually agreed in a future stipulation by the parties: (i) the above captioned matter is and shall be stayed pending the outcome of the November 17, 2016 mediation; (ii) the September 19 Status Conference Statement deadline should be vacated and the Status Conference presently on calendar for September 26, 2016 at 8:30 a.m. in Courtroom 1 should be continued until the second week of December (or such other date set by the Court); (iii) any deadline or other time to take action that would have expired or occurred between September 1, 2016 and November 28, 2016 shall be calculated by excluding the

1  time between September 1, 2016 and November 28, 2016, unless such deadlines or
2  times to act shall be further extended by order of the Court or stipulation of the
3  parties attesting to the continuation of the mediation process; and (iv) the Parties
4  shall file a Joint Status Conference Statement ten (10) days before the rescheduled
5  Status Conference.
6      Except as otherwise expressly set forth in this Stipulation, nothing in this
7  Stipulation waives, impairs, alters, impacts, or otherwise affects the rights and
8  privileges of any party, including any position that this case should be dismissed
9  on jurisdictional grounds.
10     **IT IS SO STIPULATED.**

11 Dated: September 16, 2016         HOLLISTER & BRACE, P.C.

                                    By: /s/ *Michael P. Denver*
                                        Michael P. Denver

                                    *Attorneys for Plaintiffs and all*
                                    *others similarly situated*

16 Dated: September 16, 2016         MCKOOL SMITH HENNIGAN, P.C.


                                    By: /s/ *Jeanne E. Irving*
                                        Jeanne E. Irving

                                    *Attorneys for Defendant City National*
                                    *Bank, N.A.*

22 Dated: September 16, 2016         BLECHER COLLINS & PEPPERMAN


                                    By: /s/ *Howard K. Alperin*
                                        Howard K. Alperin

                                    *Attorneys for Defendants Patrick*
                                    *Brian Fitzwilliam and Betty Saleh*

3

**STIPULATION TO CONTINUE STATUS CONFERENCE**
Case No. 5:16-cv-00502-SJO(FFMx)

1  I declare that all other signatories listed, and on whose behalf the filing is
2  submitted, concur in the filing's content and have authorized this filing.
3
4                                             /s/ *Michael P. Denver*
                                              Michael P. Denver
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  I declare that all other signatories listed, and on whose behalf the filing is
2  submitted, concur in the filing's content and have authorized this filing.
3
4                                          /s/ *Michael P. Denver*
                                              Michael P. Denver
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3