1  Robert L. Brace, State Bar No. 122240
   rlbrace@rusty.lawyer
2  115 E. Islay Street
   Santa Barbara, CA 93101
3  Telephone: (805) 845-8211

4  Michael P. Denver, State Bar No. 199279
   mpdenver@hbsb.com
5  HOLLISTER & BRACE,
   a Professional Corporation
6  1126 Santa Barbara Street
   Santa Barbara, CA 93101
7  Telephone: (805) 963-6711
   Facsimile: (805) 965-0329
8

9  Attorneys for Plaintiffs
10 and all others similarly situated

11

12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 JOHN WALTER MADISON, et al.,          Case No. 5:16-cv-00502-SJO (FFMx)

16                                        **ATTACHMENT TO JOINT**
                  Plaintiffs,             **REPORT FOR MAY 15, 2017**
17 vs.                                    **STATUS CONFERENCE**

18
   JOEL BARRY GILLIS, et al.,             **Hearing Date: May 15, 2017**
19                                        **Time:        8:30 a.m.**
                  Defendants.             **Courtroom:   1**
20                                        **Judge:       S. James Otero**

21

22

23

24        The Parties' Joint Status Conference Report (Docket No. 53) references an

25 attachment which was inadvertently omitted: the hearing transcript from the

26 recently dismissed state court class action. The transcript is attached hereto as

27 Exhibit A.

28 ///

                                          1

1  Dated: May 9, 2017                    HOLLISTER & BRACE, P.C.

2                                        By:  /s/ *Michael P. Denver*

3                                             Michael P. Denver

4                                        *Attorneys for Plaintiffs and all*
                                         *others similarly situated*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT TO JOINT STATUS REPORT**
Case No. 5:16-cv-00502-SJO(FFMx)

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2     FOR THE COUNTY OF LOS ANGELES

3 DEPARTMENT 322    HON. WILLIAM F. HIGHBERGER, JUDGE

4        - - -

5

6

7 ROBERT NAIRN, et al.,      )
              )
8      Plaintiffs,    )
              )
9    vs.        ) Case No. BC606667
              )
10 CITY NATIONAL BANK, et al.,   )
              )
11      Defendants.    )
  _____)

12

13    REPORTER'S TRANSCRIPT OF PROCEEDINGS

14     THURSDAY, MARCH 2, 2017

15

16 APPEARANCES OF COUNSEL:

17 FOR PLAINTIFFS: WARD & HAGEN LLP
        BY: STEVEN M. NUNEZ, ESQUIRE
18        440 Stevens Avenue, Suite 350
        Solana Beach, California  92075
19
        LAW OFFICES OF JULIO J. RAMOS
20        BY: JULIO J. RAMOS, ESQUIRE
        (Telephonic CourtCall Appearance)
21        35 Grove Street, Suite 107
        San Francisco, California  94102
22
 FOR DEFENDANTS: McKOOL SMITH HENNIGAN
23        BY: JEANNE E. IRVING, ATTORNEY AT LAW
         MICHAEL H. SWARTZ, ESQUIRE
24         J. MICHAEL HENNIGAN, ESQUIRE
        (Telephonic CourtCall Appearance)
25        300 South Grand Avenue, Suite 2900
        Los Angeles, California  90071
26
    [APPEARANCES OF COUNSEL CONTINUE ON THE NEXT PAGE]
27 REPORTED BY:  TIMOTHY J. McCOY, CSR NO. 4745
        OFFICIAL REPORTER PRO TEMPORE
28 PAGES 1 - 22

**EXHIBIT A**

```
 1    APPEARANCES OF COUNSEL (CONTINUED):

 2

 3    FOR RECEIVER        NEWHOUSE LAW GROUP PC
      HOFFMAN:            BY:  MICHAEL R. NEWHOUSE ESQUIRE
 4    (OBSERVING)         1800 Century Park East, 6th Floor
                          Los Angeles, California  90067
 5    FOR DEFENDANT       BLECHER COLLINS & PEPPERMAN
 6    FITZWILLIAM:        BY:  HOWARD K. ALPERIN, ESQUIRE
      (OBSERVING)         515 South Figueroa Street, Suite 1750
 7                        Los Angeles, California  90071
 8    FOR PLAINTIFF       HOLLISTER & BRACE
      MADISON:            BY:  MICHAEL P. DENVER, ESQUIRE
 9    (OBSERVING)              ROBERT L. BRACE, ESQUIRE
                          (Telephonic CourtCall Appearances)
10                        126 Santa Barbara Street
                          Santa Barbara, California  93101
11
12    FOR PLAINTIFF       FOLEY BEZEK BEHLE & CURTIS, LLP
      PEGGY ALLISON:      BY:  ROBERT A. CURTIS, ESQUIRE
13    (OBSERVING)              PETER J. BEZEK, ESQUIRE
                          15 West Carrillo Street, Suite 200
14                        Santa Barbara, California  93101
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

```
 1    CASE NUMBER:            BC606667

 2    CASE NAME:              ROBERT NAIRN, ET AL.

 3                            VS. CITY NATIONAL BANK, ET AL.

 4    LOS ANGELES, CA         THURSDAY, MARCH 2, 2017

 5    DEPARTMENT 322          HON. WILLIAM F. HIGHBERGER, JUDGE

 6    TIME:                   1:45 P.M.

 7    REPORTER:               TIMOTHY J. MCCOY, CSR NO. 4745

 8    APPEARANCES:            (AS HERETOFORE NOTED)

 9                                 * * *

10

11       THE COURT:  REMAIN SEATED.

12           ON THE RECORD, BC606667, NAIRN VERSUS CITY NATIONAL

13    BANK.  I'LL TAKE APPEARANCES, STARTING WITH THE PLAINTIFFS'

14    SIDE OF THE HOUSE.

15       MR. NUNEZ:  GOOD AFTERNOON, YOUR HONOR.  STEVEN M. NUNEZ

16    FOR THE PLAINTIFFS.

17       MR. RAMOS:  JULIO RAMOS FOR THE PLAINTIFFS, YOUR HONOR,

18    ON THE PHONE.

19       MR. NEWHOUSE:  MICHAEL NEWHOUSE ON BEHALF OF THE

20    RECEIVER.  JUST APPEARING, OBVIOUSLY, AS A THIRD PARTY IN

21    THIS PARTICULAR DISPUTE.

22       THE COURT:  WE'LL GET TO THE HOFFMAN CASE EVENTUALLY.

23           ANYBODY ELSE WISH TO APPEAR FOR PLAINTIFFS ON THE

24    NAIRN MATTER?

25           MR. DENVER, ARE YOU JOINING US?

26           THERE WAS A CHECK-IN ON COURTCALL FROM MICHAEL

27    DENVER FOR PLAINTIFF NAIRN.  AM I CONFUSED AS TO WHO

28    MR. DENVER IS REPRESENTING OR WHETHER HE'S GOING TO BE HERE?
```

1    MR. DENVER:  NO, I'M SORRY, YOUR HONOR.  I HAD MY PHONE

2  ON MUTE.  MY MISTAKE.

3    THE COURT:  OKAY.  YOU ARE CO-COUNSEL WITH MR. NUNEZ

4  AND MR. RAMOS, SIR?

5    MR. DENVER:  NO, I AM NOT.  MIKE DENVER AND ROBERT

6  BRACE, WE ARE COUNSEL IN THE RELATED MATTER OF MADISON VS.

7  CNB PENDING IN THE CENTRAL DISTRICT COURT BEFORE JUDGE

8  OTERO.

9    THE COURT:  FAIR ENOUGH.  JUST, COURTCALL ATTRIBUTED

10  THE WRONG CLIENT TO YOU.  NO PROBLEM THERE.

11    MR. DENVER:  OKAY.

12    THE COURT:  ON THE DEFENSE SIDE, MOVING PARTIES?

13    MS. IRVING:  YOUR HONOR, JEANNE IRVING OF MCKOOL SMITH

14  HENNIGAN FOR DEFENDANT CITY NATIONAL BANK.

15    MR. SWARTZ:  AND MIKE SWARTZ FOR CITY NATIONAL BANK.

16    MR. HENNIGAN:  J. MICHAEL HENNIGAN ON THE TELEPHONE FOR

17  CITY NATIONAL.

18    THE COURT:  AH.  OKAY.  MR. HENNIGAN IS ALSO JOINING US.

19  OKAY.

20    MR. ALPERIN:  I'M HOWARD ALPERIN FOR BRIAN FITZWILLIAM,

21  JUST AN OBSERVER FOR THIS.

22    THE COURT:  OKAY.

23    ALL RIGHT.  I FURNISHED A TENTATIVE ABOUT AN HOUR

24  AGO.  DID PLAINTIFFS' COUNSEL NEED MORE TIME TO CONSIDER IT

25  BEFORE I INVITE ORAL ARGUMENT?

26    MR. NUNEZ:  NO, YOUR HONOR.

27    THE COURT:  OKAY.  I ASSUME MOVING PARTY IS PREPARED TO

28  PROCEED?

1        MS. IRVING:  YES, YOUR HONOR.

2        THE COURT:  OKAY.

3            IT IS INTERESTING.  IT'S A BIT OF A ONE-OFF.  I

4    THINK THAT'S INDISPUTABLY THE CASE.  BUT ANALYTICALLY ONE

5    HAS TO TRY TO FIT IT INTO THE COMPLEXITIES AND MURK, TO

6    SOME EXTENT, THAT THE ANTI-SLAPP JURISPRUDENCE GIVES US ALL

7    COLLECTIVELY, AND THIS IS MY BEST EFFORT TO MAKE SENSE OF

8    IT.

9            IF THE ARGUMENT FOR PLAINTIFF IS GOING TO BE

10   DIVIDED, I'D LIKE TO KNOW WHO'S DOING WHICH PART OF IT,

11   OR IF ONE ADVOCATE'S DOING IT ALL, JUST START TALKING.

12       MR. NUNEZ:  THANK YOU, YOUR HONOR.

13       THE COURT:  THIS IS MR. NUNEZ.  YOU'RE GOING TO DO IT

14   ALL?

15       MR. NUNEZ:  YES, I BELIEVE SO.

16       THE COURT:  OKAY.

17       MR. NUNEZ:  UNLESS SOMETHING COMES UP WITH YOUR HONOR'S

18   QUESTIONING THAT REQUIRES MR. RAMOS TO RESPOND.

19       THE COURT:  PROCEED.

20       MR. NUNEZ:  I'D FIRST LIKE TO START WITH THE PUBLIC

21   INTEREST EXCEPTION.  MY VIEW IS THAT THERE'S ABSOLUTELY

22   NO REQUIREMENT WITHIN THE STATUTE ITSELF THAT THERE BE

23   ANY TYPE OF INJUNCTIVE RELIEF ASKED FOR OR PRAYED FOR.

24   THAT PHRASE CERTAINLY ISN'T WITHIN THE STATUTE ITSELF,

25   THERE ISN'T REALLY A CASE ON POINT THAT HAS CALLED THAT

26   AS A REQUIREMENT.  IT'S SIMPLY POINTED OUT THAT THAT HAS

27   BEEN THE FACTUAL MATTER IN CERTAIN OF THE OTHER CASES ON

28   APPEAL.

1       THE COURT:  WELL, THERE'S A CIRCULARITY TO THE EXCEPTION

2   BECAUSE, BASICALLY, IN THE BIG-PICTURE VIEW, COVERAGE OF

3   THE ANTI-SLAPP STATUTE IS SUPPOSED TO ATTACH TO THINGS THAT

4   APPEAR TO INVOLVE MATTERS OF PUBLIC INTEREST.  AND THEN

5   THE LEGISLATURE, IN THEIR INFINITE WISDOM TO CURE WHAT THEY

6   PERCEIVED TO BE ABUSES IN THE STATUTE, THEN SAID WE'RE GOING

7   TO CREATE AN EXCEPTION FOR THINGS THAT INVOLVE THE PUBLIC

8   INTEREST.

9           SO, IT CAN'T HAVE THE SAME CIRCLE INVOLVED.  THE

10  EXCEPTION CIRCLE MUST BE NARROWER THAN THE ORIGINAL COVERAGE

11  CIRCLE OR ELSE THE LAW HAS JUST IMPLODED ON ITSELF.

12      MR. NUNEZ:  TRUE.  BUT I READ THIS AS --

13      THE COURT:  STRANGER THINGS CAN HAPPEN WITH THE STATUTE,

14  BECAUSE THE LEGISLATURE HAS GIVEN US A MESS, DARE I SAY.

15      MR. NUNEZ:  WHAT THE SUPREME COURT SAID IN THE SIERRA

16  CLUB CASE, HOWEVER, WAS TO FOCUS -- AT LEAST AT THE OUTSET,

17  BEFORE REACHING THE THREE EXCEPTIONS, WAS TO FOCUS ON THE

18  NATURE OF THE RELIEF SOUGHT, NOT SAYING THAT IT MUST INCLUDE

19  INJUNCTIVE RELIEF.

20          IN THIS CASE WHAT THE PLAINTIFFS ARE SEEKING IS

21  RELIEF ON BEHALF OF APPROXIMATELY 1300 VICTIMS OF A PONZI

22  SCHEME, SEEKING NOTHING, YOU KNOW, UNIQUE TO THEM, WHICH

23  IS THE ONLY REQUIREMENT THAT --

24      THE COURT:  DON'T THEY WANT CASH?  YOUR CLIENT WANTS

25  CASH.

26      MR. NUNEZ:  CERTAINLY.

27      THE COURT:  OKAY.

28      MR. NUNEZ:  AND CASH IS SPECIFICALLY CITED IN SECTION 2,

1    THAT THE SIGNIFICANT BENEFIT CONFERRED CAN BE PECUNIARY OR

2    NON PECUNIARY.

3         THE COURT:  THIS IS IN 417(B)(2)?  I MEAN 425.17(B)(2)?

4         MR. NUNEZ:  425, YES.

5              AND IT CAN INURE TO THE BENEFIT OF THE GENERAL

6    PUBLIC OR A LARGE CLASS OF PERSONS.

7         THE COURT:  CONTINUE.

8         MR. NUNEZ:  SO I THINK IT MISREADS THE STATUTE TO SAY

9    THAT ANY TYPE OF INJUNCTIVE RELIEF IS REQUIRED.  INSTEAD,

10   WE MEET THE CONDITION THERE.  THESE PLAINTIFFS DO NOT SEEK

11   ANY RELIEF THAT'S GREATER OR DIFFERENT FROM THAT SOUGHT BY

12   THE CLASS WHICH THEY ARE REPRESENTING.  IT WOULD ENFORCE AN

13   IMPORTANT RIGHT AFFECTING THE PUBLIC INTEREST, THOSE RIGHTS

14   BEING FRAUD.

15             AND THERE ARE NUMEROUS CASES OF THE SUPREME COURT

16   TALKING ABOUT THE IMPORTANCE OF FRAUD IN DEALING WITH THE

17   PUBLIC INTEREST.  IF YOU LOOK AT LAZAR VS. SUPERIOR COURT,

18   THAT IS AN EMPLOYMENT ACTION FOR PROMISSORY FRAUD, AND THE

19   COURT IN LAZAR --

20        THE COURT:  THAT WASN'T AN ANTI-SLAPP CASE, WAS IT?

21        MR. NUNEZ:  NO.  IT'S ABOUT THE IMPORTANCE OF PUBLIC

22   INTEREST.  YOU'RE NOT GOING TO FIND --

23        THE COURT:  IT WAS FILED BEFORE THE ANTI-SLAPP STATUTE

24   WAS PASSED.

25        MR. NUNEZ:  I'M SORRY, I DIDN'T HEAR YOU.

26        THE COURT:  IT WAS FILED BEFORE THE ANTI-SLAPP STATUTE

27   WAS EVEN PASSED, I THINK.

28        MR. NUNEZ:  RIGHT, MEANING --

1    THE COURT:  MY OFFICE WAS INVOLVED WITH THE LAZAR CASE,

2    SO I KNOW ITS VINTAGE.

3    MR. NUNEZ:  MEANING THE LEGISLATURE KNEW OF ITS

4    EXISTENCE WHEN THEY USED THE LANGUAGE THAT THEY DID IN

5    THIS PARTICULAR STATUTE.  AND WHAT THE SUPREME COURT

6    SAID THERE IS, QUOTE, IN PURSUING A VALID FRAUD ACTION,

7    A PLAINTIFF ADVANCES THE PUBLIC INTEREST IN PUNISHING

8    INTENTIONAL MISREPRESENTATIONS AND IN DETERRING SUCH

9    MISREPRESENTATIONS IN THE FUTURE.

10    THE SAME GOES FOR THE SUPREME COURT CASE IN

11    ROBINSON HELICOPTER (2004) 34 CAL.APP.4TH 979.  THEY

12    ACTUALLY USED THE SAME QUOTE IN ALLOWING A BUSINESS

13    FRAUD CASE TO ALLOW FOR TORT DAMAGES.

14    IT'S BEEN STATED, THE IMPORTANCE OF FRAUD CAUSES

15    OF ACTION FOR THE PUBLIC INTEREST, ALSO IN THE EMPLOYMENT

16    CONTEXT -- WRONGFUL TERMINATION, VIOLATION OF PUBLIC POLICY,

17    IN YAU VS. SANTA MARGARITA FORD (2014) 229 CAL.APP.4TH 144.

18    AND THEY TOO USED THE SAME QUOTE.

19    SO, IT APPEARS THIS PARTICULAR CASE ADVANCES

20    AN IMPORTANT PUBLIC INTEREST -- NOT JUST IN AN INDIVIDUAL

21    INSTANCE OF FRAUD, BUT ON A FRAUD IN THE GENERAL MARKET

22    OF INVESTORS THAT WERE INVOLVED IN THIS PARTICULAR CASE,

23    MANY OF WHOM WOUND UP BEING VICTIMIZED IN A PART OF THIS

24    CLASS, BUT THE REST OF WHOM ARE ALSO VICTIMIZED.  JUST

25    ASK THEM.  THAT'S WHY THE RECEIVER HAS GAINED SUBSTANTIAL

26    AMOUNTS OF MONEY FROM THOSE PEOPLE, AS WELL.

27    SO I THINK IT FITS RIGHT IN SQUARELY WITH THE

28    NUMBER TWO.  PRIVATE ENFORCEMENT IS NECESSARY.  THAT'S

1    THE THIRD PRONG.  IT TALKS ABOUT WEIGHING THE PLAINTIFF'S

2    STAKE IN THE ACTION WITH THE FINANCIAL BURDEN.  SO OBVIOUSLY

3    THE PLAINTIFF CAN HAVE A STAKE IN THE ACTION.  IT IS NOT A

4    REQUIREMENT THAT THIS BE AN ALTOGETHER ALTRUISTIC ENDEAVOR

5    BY A PLAINTIFF.

6              PRIVATE ENFORCEMENT IN THIS CASE IS NECESSARY,

7    ALTHOUGH THE DEFENDANTS ARGUED IN THEIR PAPERS THAT IT WAS

8    UNNECESSARY BECAUSE THE RECEIVER HAS BROUGHT THEIR ACTION.

9    AS I SAID DURING OUR STATUS CONFERENCE, THAT WOULD BE AN

10   INCONSISTENT POSITION.  THEY'VE NOW FILED THEIR DEMURRER

11   AGAINST THE RECEIVER, TRYING TO GET THE ENTIRE ACTION THROWN

12   OUT OF COURT.  IT'S AN INCONSISTENT POSITION THAT THEY'VE

13   TAKEN IN THAT PARTICULAR DEMURRER THAN THEY'VE TAKEN IN

14   OPPOSITION TO THIS MOTION HERE.

15             SO I THINK DUE CONSIDERATION NEEDS TO BE GIVEN TO

16   THE FACT THAT THIS IS THE TYPE OF CASE THAT COMES WITHIN

17   THE CLASS ACTION EXCEPTION TO THE ANTI-SLAPP CASE.

18             WHEN WE SPEAK ABOUT THE CASE IN CHIEF, I THINK

19   YOUR HONOR IS PAYING A LITTLE BIT TOO MUCH ATTENTION TO THE

20   BSA FRAMEWORK.  WHAT IS ALLEGED HERE IS THAT THE DEFENDANTS

21   HAD KNOWLEDGE AND THAT SUBSEQUENTLY THEY PREVENTED NUMEROUS

22   CHECKS FROM BOUNCING IN ORDER TO PERPETUATE THE FRAUD

23   SCHEME.

24             WHAT WE'VE PRESENTED IS EVIDENCE THAT THAT

25   KNOWLEDGE PRIMARILY COMES IN THE FORM OF KNOWLEDGE BY

26   THEIR BANK BRANCH MANAGER WHO WAS AN INVESTOR IN THE

27   FRAUDULENT SCHEME ITSELF, WHO HAD EVERY INCENTIVE TO

28   TAKE A LOOK AT ALL OF THE CHECKS COMING IN AND WHO KNEW

1  THE ACCOUNT FROM WHICH THE FALSE, FRAUDULENT INTEREST ON

2  THAT INVESTMENT WAS COMING OUT BECAUSE HE WAS RECEIVING

3  HIS OWN CHECKS.

4      THE COURT:  WELL, YOU'RE NOW REFERRING TO ALLEGATIONS

5  THAT WERE ADDED TO YOUR NOT-FILED FIRST AMENDED COMPLAINT --

6      MR. NUNEZ:  WELL, I'M ALSO --

7      THE COURT:  -- BUT NOW YOU'RE UP TO A WAY IN WHICH

8  THE ORIGINAL COMPLAINT IS FRAMED.

9      MR. NUNEZ:  WELL, I'M ALSO TALKING IN TERMS OF THE

10  DECLARATIONS THAT WERE PLACED IN HERE.

11          ONE OF THE THINGS THAT IS REQUIRED, NAVELLIER VS.

12  SLETTEN, 29 CAL.APP.4TH 82 AT PAGE 89, IS:  "IN DECIDING

13  WHETHER THE INITIAL ARISING-FROM REQUIREMENT IS MET, A COURT

14  CONSIDERS THE PLEADINGS AND THE SUPPORTING AND OPPOSING

15  AFFIDAVITS STATING THE FACTS ON WHICH THE LIABILITY OR

16  DEFENSE IS BASED."

17          SO NO, WE DON'T SIMPLY ANALYZE THE FOUR CORNERS

18  OF THE COMPLAINT.  WE GO BEYOND THE FACT.  AND WHAT THIS

19  REVEALS AND WHAT THE VARIOUS OTHER COMPLAINTS FILED REVEAL

20  IS THAT THE IMPORTANCE OF THIS IS THE KNOWLEDGE, NOT THE

21  MANNER IN WHICH THEY OBTAINED THE KNOWLEDGE.

22          IN FACT, IF YOU TAKE A LOOK AT 5 WITKIN CAL

23  PROCEDURE 5TH ON PLEADING, SECTION 726, IT TALKS ABOUT

24  THE PLEADING OF KNOWLEDGE.  THIS IS IN PARTICULAR TO FRAUD

25  CASES.  BUT IT SAYS, INSTRUCTIONALLY:  "BECAUSE KNOWLEDGE

26  IS A FACT, IT IS SUFFICIENTLY PLEADED BY A GENERAL AVERMENT

27  THAT THE DEFENDANTS KNEW THE REPRESENTATION WAS FALSE,

28  OR THAT FALSITY OF THE REPRESENTATION WAS KNOWN TO THE

1    DEFENDANT."

2          IT GOES ON TO SAY:  "HOW THE DEFENDANT ACQUIRED

3    THE KNOWLEDGE, WHAT HIS OR HER SOURCES WERE, WOULD BE

4    EVIDENTIARY AND UNNECESSARY."

5          AND THAT'S ALL THE BSA ALLEGATIONS ARE.  THEY ARE

6    EVIDENTIARY ALLEGATIONS TO SUPPORT AND PROVIDE SOME CONTEXT

7    FOR WHY WE BELIEVE THE BANK HAD KNOWLEDGE.  NOW YOUR HONOR

8    HAS BOTH THOSE ALLEGATIONS AND IT HAS THE EVIDENCE WITH

9    REGARD TO THE BANK BRANCH MANAGER.

10         INDEED, YOUR STATEMENT ON PAGE 2, YOU PUT FORTH:

11   "PLAINTIFFS HAVE NOT PUT FORTH COMPETENT EVIDENCE TO SHOW

12   THAT THERE IS A TRIABLE ISSUE OF FACT THAT THE ALLEGATIONS

13   OF THE OPERATIVE COMPLAINT THAT THE BANK WAS ON NOTICE OF

14   THE SKULLDUGGERY OF NASI (MOST OR ALL OF WHICH EVIDENCE

15   WOULD BE PRIVILEGED FROM DISCLOSURE AND FROM USE AT TRIAL

16   IF PLAINTIFFS SOMEHOW OBTAINED IT) AND HAVE NOT ADVANCED

17   ANY ARGUMENT IN THE OPPOSITION THAT SUCH EVIDENCE EXISTS."

18         THAT TO ME SEEMS TO BE A RECOGNITION THAT THE

19   BSA ALLEGATIONS ARE EVIDENCE, BECAUSE IT'S THE ONLY THING

20   THAT WE TALK ABOUT BEING PRIVILEGED.

21      THE COURT:  WELL, SEE, ONCE YOU'VE PUT TO THE TEST --

22   ASSUMING THERE'S COVERAGE, WHICH I HAVE FOUND, THEN

23   YOU AS A PLAINTIFF'S ADVOCATE, OR MORE PARTICULARLY YOUR

24   CLIENTS, ARE PUT TO THE TEST ESSENTIALLY OF MEETING A

25   SUMMARY JUDGMENT STANDARD OF SHOWING THAT AT LEAST THEIR

26   SIDE OF THE CASE THROUGH COMPETENT EVIDENCE, IF IT'S NOT

27   A GUARANTEED WINNER AT LEAST CREATES TRIABLE ISSUE OF

28   MATERIAL FACTS ON ALL THE NEEDED ELEMENTS.  AND THAT'S

1    WHAT I'M FINDING TO BE LACKING IN THE OPPOSITION, WHICH

2    IS ACTUALLY SILENT ON THE TOPIC.   YOU SEEM TO WANT TO

3    SUBCONTRACT IT TO THE SEPARATE STATEMENT, WHICH I'VE

4    STRICKEN.   AND SINCE I'VE SUSTAINED VIRTUALLY ALL THE

5    OBJECTIONS TO THE DECLARATIONS, THAT'S WHY I SAY I DON'T

6    HAVE COMPETENT EVIDENCE BEFORE ME.

7         YOU'RE RIGHT YOU SUBMITTED SOME VOLUMINOUS PAPERS,

8    BUT ONCE I'VE STRICKEN OR SUSTAINED MOST OF THE EVIDENTIARY

9    OBJECTIONS, YOU DON'T REALLY HAVE ANY MEANINGFUL PILE OF

10   COMPETENT EVIDENCE THAT THE BANK ITSELF THROUGH FITZWILLIAM

11   OR OTHERWISE, BUT MORE PARTICULARLY THROUGH WHAT YOU IN

12   YOUR BRIEFS REFER TO AS A DUE DILIGENCE PROCESS, WAS, AT

13   LEAST FROM A TRIABLE ISSUE OF FACT POINT OF VIEW, WAS ON

14   NOTICE OTHER THAN YOUR SURMISE THAT BECAUSE IN THE FULLNESS

15   OF TIME IT TURNED OUT TO BE A PONZI SCHEME.   AND I THINK

16   EVERYBODY AGREED TO THAT.   I'LL GIVE YOU THAT.   THAT DOESN'T

17   MEAN THAT THE BANK AT THE RELEVANT TIME WAS ON NOTICE IT

18   WAS A PONZI SCHEME.

19        YOU HAVE A THEORY WITHOUT FACTS THAT THE BANK'S

20   DUE DILIGENCE PROCESS TO COMPLY WITH ITS OBLIGATIONS IN

21   REPORTING TO THE BANK REGULATORS WOULD HAVE COME ACROSS

22   THIS AND, THEREFORE, SURMISE WHY THEY'RE ON NOTICE OF IT.

23   THE PROBLEM IS THE WAY YOU CHOSE TO PLEAD IT PLEADS THAT

24   THEY GOT THIS KNOWLEDGE BY GOING ABOUT WHAT THEY HAVE TO

25   DO TO COMPLY WITH THE BANK SECRECY ACT AND THEIR RELATED

26   REGULATIONS, WHICH YOU CITE IN THE QUOTED SECTIONS OR

27   THE REFERENCE SECTIONS OF YOUR VERY OWN COMPLAINT.

28        YOU KNOW, YOU MIGHT HAVE BEEN ABLE TO DRAFT A

1  DIFFERENT PLEADING THAT JUST BLAMED IT ALL ON FITZWILLIAM

2  AND STEPPED AWAY FROM IT, BUT THAT'S NOT HOW YOU BROUGHT

3  THE CASE FORWARD.

4      MR. NUNEZ:  BUT THAT IS NOT A REQUIREMENT OF PLEADING

5  REQUIREMENT.  THAT'S WHAT I JUST READ TO THE COURT.

6      THE COURT:  WELL, BUT YOU PUT YOURSELF RIGHT IN THE

7  CROSSHAIRS OF THE ANTI-SLAPP STATUTE.  AND THAT'S WHERE

8  IT ALL TURNED BADLY.

9      MR. NUNEZ:  WELL, BUT WHAT DID WAS, THOSE ALLEGATIONS

10  ARE EVIDENCE OF THE KNOWLEDGE, AND THAT'S WHAT YOUR

11  STATEMENT SEEMS TO INDICATE.  WE HAVEN'T GOTTEN TO HAVE

12  WE PROVIDED SUFFICIENT EVIDENCE.  WE'VE GOTTEN TO --

13      THE COURT:  WELL, ONCE YOU HAVE COVERAGE, THAT IS

14  THE QUESTION.

15      MR. NUNEZ:  BUT WE HAVEN'T GOTTEN TO COVERAGE.

16      THE COURT:  WELL, I FOUND COVERAGE, AND YOU'RE DISPUTING

17  ME ON THAT, BUT IF I FIND THERE'S COVERAGE AND THERE ARE

18  NO EXCEPTIONS, THEN YOU HAVE TO SET FORTH TRIABLE EVIDENCE.

19  AND I GIVE YOU THAT I DENIED DISCOVERY WHEN YOU SOUGHT

20  DISCOVERY SOME SEVERAL MONTHS AGO.  AND THAT PUT YOU IN A

21  BOX.  I MEAN, TO BE BLUNT, ONCE YOU KNEW YOU WEREN'T GOING

22  TO GET DISCOVERY, IT SHOULD HAVE BEEN PRETTY OBVIOUS THAT

23  YOU WERE IN A BAD CORNER.

24      MR. NUNEZ:  UNDERSTOOD, YOUR HONOR.  BUT WHAT I'M

25  SAYING IS --

26      THE COURT:  I DON'T MEAN IT PERSONALLY, BUT JUST

27  ONCE YOU DON'T HAVE DISCOVERY, YOU'RE WORKING AT A REAL

28  DISADVANTAGE AS AN ADVOCATE.  AND IT'S NOT A SLUR ON YOU

1    PERSONALLY, MR. NUNEZ, IT JUST IS THE PRACTICAL CONSEQUENCE

2    OF THAT PRIOR DISCOVERY ORDER.

3        MR. NUNEZ:  BUT WE HAVEN'T GOTTEN TO THE DISCOVERY YET.

4    WHAT I'M SAYING IS --

5        THE COURT:  I MADE A RULING.  BUT NOW, BECAUSE AN

6    ANTI-SLAPP STATUTE IS IN PLAY, YOU HAVE TO HAVE STARTED

7    THE LAWSUIT THROUGH YOUR INDEPENDENT INVESTIGATION WITH

8    THE FACTS THAT ALLOW YOU TO BRING THE PLEADING FORWARD

9    IF YOU'RE GOING TO CONFRONT AN ANTI-SLAPP STATUTE.

10        YOU CAN'T JUST TAKE A SHOT IN THE DARK AND

11    HOPE, LIKE TYPICAL PLAINTIFF'S LITIGATION, THAT SOMEHOW

12    IN DISCOVERY YOU'LL GET SOME FACTS TO SUPPORT YOUR

13    HYPOTHESIS.  THE ANTI-SLAPP STATUTE REQUIRES YOU TO COME

14    TO THE COURTHOUSE WITH THE FACTS IN HAND, IF NOT ALL THE

15    FACTS THAT ARE GOING TO WIN AT A TRIAL BEFORE A JURY, AT

16    LEAST ENOUGH FACTS THAT SHOW YOU'LL KEEP THE THING ALIVE

17    IN THE FACE OF WHAT IS ESSENTIALLY AN EARLY SUMMARY

18    JUDGMENT MOTION.

19        THAT'S FUNCTIONALLY WHAT THE SECOND PHASE OF AN

20    ANTI-SLAPP MOTION IS, IS A TESTING MOTION ON WHETHER YOU

21    HAVE AT LEAST ENOUGH COMPETENT EVIDENCE TO SHOW THERE'S

22    A TRIABLE ISSUE OF MATERIAL FACT ON ALL OF YOUR NEEDED

23    ELEMENTS AND/OR RELEVANT AFFIRMATIVE DEFENSES.

24        MR. NUNEZ:  AND MY POINT IS THAT KNOWLEDGE CAN BE

25    AVERRED GENERALLY, AND IF THAT IS THE CASE AND THAT IS

26    THE PLEADING STANDARD, THEN --

27        THE COURT:  THIS IS NOT A DEMURRER.  THIS IS NOT

28    A MOTION FOR JUDGMENT ON THE PLEADINGS.  THIS IS AN

1    ANTI-SLAPP, WHERE ONCE YOU GET TO THE SECOND PHASE THE

2    QUESTION IS WHAT IS THE COMPETENT PROOF.  IT IS NOT A

3    PLEADING TEST.

4        MR. NUNEZ:  I UNDERSTAND THAT.  BUT I THINK YOUR HONOR'S

5    PUTTING THE CART BEFORE THE HORSE, IS WHAT I'M SAYING.

6        THE COURT:  WELL, I HAVE TO FIGURE OUT COVERAGE FIRST.

7    AND IF YOU CAN PERSUADE ME THERE'S NO COVERAGE, IT'S

8    ALL OVER.  YOU DON'T EVEN NEED TO WIN ON AN EXCEPTION.

9        MR. NUNEZ:  YES.

10       THE COURT:  IF THERE'S NO COVERAGE, THERE'S NOTHING

11   FURTHER TO ANALYZE.

12       MR. NUNEZ:  MY POINT IS THAT THE ALLEGATION PERTAINING

13   TO THE BSA, SARS IS PART OF THAT STATUTE, ARE ALLEGATIONS

14   PERTAINING TO THE EVIDENCE THAT WOULD BE USED TO SHOW

15   KNOWLEDGE.  IT IS NOT A NECESSARY ELEMENT OF THE CAUSE

16   OF ACTION.  THAT KNOWLEDGE CAN BE PROVEN BY OTHER MEANS.

17   THOSE OTHER MEANS ARE THROUGH THE EVIDENCE PERTAINING TO

18   THE BANK BRANCH MANAGER, HIS INVESTMENT IN THIS SCHEME,

19   AND HIS LOOKING AT THE VARIOUS THINGS, HAVING KNOWLEDGE

20   ABOUT WHERE THE CHECKS ARE COMING OUT OF AND HAVING

21   KNOWLEDGE ABOUT WHERE THE CHECKS ARE GOING INTO.

22       THE COURT:  IF A TOTALLY DIFFERENT PLEADING STARTED

23   THE CASE AND NOT THE ONE THAT WAS FILED IN FACT, THAT

24   MIGHT WORK.  BUT INSOFAR AS I HAVE TO DECIDE WHETHER THE

25   ANTI-SLAPP STATUTE APPLIES -- AND THIS IS A VERY IMPERFECT

26   PIECE OF LEGISLATION.  YOU'VE GOT THAT PROBLEM, I'VE GOT

27   THAT PROBLEM, MS. IRVING'S GOT THAT PROBLEM.  ANY LAWYER

28   IN CALIFORNIA HAS TO DEAL WITH IT.  I MEAN, GO READ THE

1    NINTH CIRCUIT JURISPRUDENCE.   THEY VARIOUSLY TEAR THEIR

2    HAIR OUT AND JUST SORT OF LAUGH AND DERIDE THE ANTI-SLAPP

3    STATUTE, IT BEING A MONSTROSITY TO IMPLEMENT.   AND IT

4    IS A VERY DIFFICULT PIECE OF LEGISLATION TO APPLY.

5            BUT I THINK I HAVE TO WORK NOT JUST FROM THE

6    ULTIMATE CONCLUSION BUT FROM WHAT YOU HAVE PUT INTO YOUR

7    COMPLAINT THAT'S FACTUAL THAT IS BEYOND ULTIMATE PLEADING.

8            AND CANDIDLY, AS TO FRAUD, YOU CAN'T JUST PLEAD

9    ALL ELEMENTS OF FRAUD ON A SUMMARY BASIS; IT IS A TALISMAN

10   OF EVEN DEMURRER PRACTICE THAT FRAUD HAS TO BE PLED WITH

11   SPECIFICITY.   SO. . .

12           AND AIDING AND BETTING IS REALLY JUST ONE OFF

13   THAT.   IT'S NOT LITERALLY FRAUD, BUT -- I THINK THAT THE

14   ALLEGATIONS IN THE COMPLAINT ARE GERMANE TO THIS ANALYSIS.

15           SO LET'S MOVE ON TO SOMETHING ELSE BECAUSE SO

16   FAR YOU HAVEN'T PERSUADED ME OF ANYTHING.

17       MR. NUNEZ:   OKAY.   WITH RESPECT, THEN, TO THE AMENDED

18   COMPLAINT THAT I SUBMITTED, I BELIEVE I HAVE AN AMENDMENT

19   AS OF RIGHT, ACCORDING TO 472.

20       THE COURT:   NOT IN THE FACE OF A PENDING ANTI-SLAPP

21   STATUTE.

22       MR. NUNEZ:   THERE'S ONLY A PENDING ANTI-SLAPP STATUTE

23   COMING FROM THE BANK, NOT FROM MR. FITZWILLIAM.

24       THE COURT:   WELL, AT THE MOMENT I'M HERE TO SEE WHETHER

25   THE BANK WINS.   SO THAT'S THE QUESTION AT THE MOMENT.

26       MR. NUNEZ:   BUT YOU DENIED THE REQUEST TO AMEND THE

27   COMPLAINT.

28       THE COURT:   WELL, MAYBE THE BANK WILL BE OUT OF THE

1   CASE AND YOU CAN HAVE IT AS TO MR. FITZWILLIAM.  THAT

2   WILL BE ANOTHER QUESTION FOR ANOTHER DAY.

3       MR. NUNEZ:  BUT IT NEEDS TO RELATE BACK IN THE EVENT

4   THAT THERE ARE STATUTE OF LIMITATIONS ISSUES, AS WELL,

5   TO THE DATE THAT I FILED IT.

6       THE COURT:  WELL, I DON'T KNOW THAT MR. FITZWILLIAM

7   IS TRYING TO GET OUT OF THE CASE TODAY.  I ONLY HAVE THE

8   BANK TRYING TO GET OUT OF THE CASE TODAY.  SO IF THE BANK

9   GETS OUT OF THE CASE TODAY, YOU DON'T HAVE AN AMENDED

10  COMPLAINT YET, YOU HAVE A PARTY YOU COULD ADD AS A DOE

11  DEFENDANT.  UNLESS YOU CAN REMIND ME THAT YOU'VE ALREADY

12  ADDED FITZWILLIAM AS A DOE?

13      MR. NUNEZ:  NO, HE'S ADDED BY VIRTUE OF THE COMPLAINT

14  WHICH I'VE PUT FORTH.

15      THE COURT:  WELL, FAIR ENOUGH.  AND APPARENTLY HE'S

16  GOT A LAWYER HERE.  BUT I HAVEN'T ALLOWED YOU TO FILE A

17  FIRST AMENDED COMPLAINT, UNLESS YOU TELL ME THAT HAPPENED

18  SOMETIME BACK IN THE FALL AND I'VE FORGOTTEN ABOUT IT.

19      MR. NUNEZ:  NO, NO, NO.  I'M TELLING YOU THAT MY

20  READING OF IT IS THAT IT'S AMENDMENT AS OF RIGHT, AND THE

21  ONLY PART THAT ISN'T AS OF RIGHT WOULD BE AS TO THE BANK.

22      THE COURT:  WELL, BUT THAT'S WHY IT'S HERE RELEVANT

23  TODAY.  WE'LL TURN AROUND TO THE QUESTION WHETHER YOU CAN

24  AMEND AS TO FITZWILLIAM AS OF RIGHT.

25          COUNSEL FOR FITZWILLIAM, HAVE YOU ACTUALLY

26  APPEARED?  OR ARE YOU JUST HERE AS AN INTERESTED OBSERVER?

27      MR. ALPERIN:  WE HAVE NOT APPEARED IN THIS CASE, YOUR

28  HONOR.

1      THE COURT:  OKAY.

2      MR. ALPERIN:  WE HAVE NOT BEEN SERVED, WE HAVEN'T BEEN

3   NAMED.  THERE'S NO --

4      THE COURT:  YOU HAVEN'T BEEN SERVED AS A DOE DEFENDANT?

5      MR. ALPERIN:  NO.

6      THE COURT:  THANK YOU.

7          YOU CAN CONTINUE, MR. NUNEZ.

8      MR. NUNEZ:  OKAY.  WELL, I GO BACK TO THE STATEMENT

9   THAT YOUR HONOR MADE ABOUT THE INADMISSIBILITY OF WHAT

10   I ASSUME IS THE MATTERS WITH RELATION TO SARS, AND I'LL

11   POINT OUT AND REQUEST JUDICIAL NOTICE OF THE FACT THAT

12   CITY NATIONAL BANK ITSELF HAS ON MORE THAN ONE OCCASION

13   INTRODUCED ITS OWN INTERNAL DOCUMENTS, EVERYTHING BUT THE

14   SAR ITSELF, TO DEFEND AGAINST THESE TYPES OF ALLEGATIONS.

15      THE COURT:  IS THIS ATTACHED TO ONE OF THE DECLARATIONS

16   THAT'S BEFORE ME?

17      MR. NUNEZ:  IT IS NOT.  IT IS NEW EVIDENCE FOR WHICH

18   I ASK YOUR HONOR, REQUEST JUDICIAL NOTICE.  THIS IS ON

19   THE CASEY VS. CITY NATIONAL BANK CASE.

20      THE COURT:  HAVE YOU SERVED COUNSEL FOR THE BANK IN

21   ADVANCE OF THIS?

22      MR. NUNEZ:  I HAVE NOT.

23      THE COURT:  WELL, WHAT'S THE BANK'S POSITION?

24      MS. IRVING:  IT'S IMPROPER, YOUR HONOR.

25      THE COURT:  INDEED.

26          YOU CAN MOVE ON TO SOMETHING ELSE, MR. NUNEZ.

27      MR. NUNEZ:  MAY I MAKE A RECORD OF WHAT I WAS GOING

28   TO INTRODUCE?

1    THE COURT:  YES.  IT'S WITHOUT ANY VIABLE JUSTIFICATION,

2    BUT YOU CAN MAKE A RECORD AND THEN I WILL REPEAT MY RULING.

3    MR. NUNEZ:  OKAY.  IT IS THE DECLARATION OF SUSAN

4    MCCONNELL IN SUPPORT OF CITY NATIONAL BANK'S MOTION FOR

5    SUMMARY JUDGMENT IN THE CASEY VS. CITY NATIONAL BANK

6    CASE IN ORANGE COUNTY SUPERIOR COURT, CASE NO. 02CC06597,

7    AND THE DECLARATION OF ANNELIESE STEUERNAGEL, SPELLED

8    A-N-N-E-L-I-E-S-E, STEUERNAGEL IS S-T-E-U-E-R-N-A-G-E-L,

9    ALSO IN SUPPORT OF CITY NATIONAL BANK'S MOTION FOR SUMMARY

10   JUDGMENT FILED IN THE CASEY VS. CITY NATIONAL BANK, BOTH

11   IN 2006, AND BOTH AFTER THE UNION BANK CASE THAT YOUR

12   HONOR CITES IN HIS RULING.

13   THE COURT:  YOUR REQUEST MADE AT THE TIME OF ORAL

14   ARGUMENT, MINDFUL THAT YOUR OPPOSITION WAS FILED ON JULY 1

15   OF LAST YEAR AND THE REPLY CAME IN ON JULY 15 OF LAST YEAR,

16   IS GROSSLY UNTIMELY, PARTICULARLY THE FAILURE TO GIVE

17   YOUR ADVERSARY ANY ADVANCE NOTICE, AND IT'S DENIED WITH

18   PREJUDICE.

19        TO BE HONEST, THE MORE TIME I SPENT WITH YOUR

20   PAPERS, THE MORE I WAS TROUBLED WITH HOW SLOPPY THEY WERE

21   ANALYTICALLY, STYLISTICALLY, AND IN EVERY REGARD, MR. NUNEZ.

22   IT WAS ACTUALLY VERY TROUBLING AT WHAT A MEDIOCRE EFFORT

23   IT WAS FOR SOMEBODY WHO WANTS TO BE CLASS COUNSEL IN AN

24   IMPORTANT CASE.

25   MR. NUNEZ:  ALL RIGHT, YOUR HONOR.

26        YOUR TENTATIVE TALKS ABOUT A SEPARATE ORDER WITH

27   RESPECT TO THE EVIDENTIARY OBJECTION.

28   THE COURT:  YES.  IT WAS GIVEN TO THE COURT FOR FILING.

1  THEY'RE ALL SUSTAINED EXCEPT FOR THE TWO INVOLVING NAIRN

2  AND THE PLAINTIFF WITH A P IN HIS NAME WHERE YOUR ERRATA

3  FIXED THE PROBLEM TO WHICH THE OBJECTION WAS MADE.

4  EVERYTHING ELSE WAS SUSTAINED.

5      MR. NUNEZ:  AND WILL THAT BE MADE A --

6      THE COURT:  IT WILL BE PART OF THE RECORD.

7      MR. NUNEZ:  PART OF THE WRITTEN RECORD?

8      THE COURT:  YEP.  THAT WAS PIRUZ KHORVASH, I BELIEVE,

9  WHERE WE BELATEDLY GOT THE NEEDED EXHIBIT A.

10          THAT'S WITH THE CLERK FOR FILING.  IT WILL BE

11  UPLOADED ON CASEANYWHERE.

12      MR. NUNEZ:  ALL RIGHT.  I THINK THAT'S ALL I HAD AT

13  THIS TIME, YOUR HONOR.

14      THE COURT:  OKAY.  MS. IRVING AND/OR MR. SWARTZ OR

15  MR. HENNIGAN, I HAVE DONE MY BEST TO ANALYZE A COMPLICATED

16  ONE-OFF SITUATION.  YOU'RE WELCOME TO RESPOND TO MR. NUNEZ.

17          IF YOU FIND ANY OMISSIONS OR ANY ANALYTICAL

18  DEFECTS IN MY ANALYSIS, I'D APPRECIATE IF YOU'D POINT IT

19  OUT, SINCE MR. NUNEZ AND HIS CLIENTS WOULD OBVIOUSLY FOR

20  ANY NUMBER OF REASONS HAVE A RIGHT TO APPEAL TODAY'S ORDER,

21  PARTICULARLY BECAUSE IT'S ACTUALLY GOING TO BE A DISPOSITIVE

22  RULING.

23      MS. IRVING:  NO, YOUR HONOR.  IT'S CLEAR THAT THE COURT

24  HAS TAKEN QUITE A BIT OF TIME AND ANALYZED THE ISSUES QUITE

25  EXTENSIVELY, AND WE DON'T FIND THAT THERE WERE ANY PROBLEMS

26  WITH THE TENTATIVE WHATSOEVER, AND WE SUBMIT.

27      THE COURT:  OKAY.  THE TENTATIVE IS ADOPTED.  THE CLAIMS

28  OF THE SEVERAL PLAINTIFFS AS AGAINST CITY NATIONAL BANK ARE

1    NOW ALL DISMISSED WITH PREJUDICE BASED ON THE GRANT OF THE

2    ANTI-SLAPP MOTION IN ITS ENTIRETY.

3         THE BANK CAN MAKE ITS MOTION FOR ATTORNEYS' FEES

4    IN DUE COURSE.  THE BANK SHOULD PREPARE AN APPROPRIATE ORDER

5    AND JUDGMENT CONSISTENT WITH THE TENTATIVE.  YOU'LL PROBABLY

6    WANT TO ATTACH THE TENTATIVE TO THE PROPOSED ORDER IF YOU

7    DON'T JUST CHOOSE TO PARAPHRASE IT.

8         SO THEN WE GET TO THE QUESTION OF WHETHER OR NOT

9    PLAINTIFFS AS TO A PENDING CASE WHERE THERE ARE ONLY DOE

10   DEFENDANTS CAN AT THIS JUNCTURE BRING FORTH A FIRST AMENDED

11   COMPLAINT TO TRY TO ADD BRIAN PATRICK FITZWILLIAM AS A

12   DEFENDANT.

13        DO YOU WISH TO EXPRESS ANY VIEWS ON THE POINT,

14   MS. IRVING, OR ARE YOU AGNOSTIC?

15       MS. IRVING:  YOUR HONOR, I HAVEN'T GIVEN THAT MUCH

16   THOUGHT, BUT I WOULD THINK THAT SINCE, YOU KNOW, THE

17   COMPLAINT HAS BEEN DISMISSED AS TO THE ONLY NAMED DEFENDANT,

18   THE COMPLAINT SHOULD BE A NULLITY.

19       THE COURT:  THAT'S ORDINARILY THE PROCEDURAL RULES, AS

20   I UNDERSTAND IT, THAT A DOE WHO IS NOT ADDED BEFORE THE

21   NAMED PARTIES ARE GONE, IT DOESN'T PROCEED.  BUT I HAVEN'T

22   RESEARCHED IT.

23        SO I'LL SET AN ORDER TO SHOW CAUSE WHY THE BALANCE

24   OF THE COMPLAINT SHOULDN'T BE DISMISSED SINCE THERE ARE ONLY

25   DOE DEFENDANTS AT THE MOMENT AND THERE'S NO WRITTEN MOTION

26   FOR LEAVE TO AMEND THAT'S EVER BEEN SUBMITTED.

27        NOW, CONCEDEDLY FITZWILLIAM HASN'T APPEARED, SO

28   IT'S NOT LIKE FITZWILLIAM FILED AN ANSWER.  I'LL GIVE YOU

1    THAT, MR. NUNEZ.

2          BUT I'LL SET AN ORDER TO SHOW CAUSE WHY THE

3    CURRENTLY OPERATIVE COMPLAINT SHOULDN'T NOW BE DISMISSED

4    WITHOUT PREJUDICE AS TO ALL THE DOE DEFENDANTS, AND MAKE

5    THAT RETURNABLE ON MARCH 8 AT 11:00 A.M., WITH ANY WRITTEN

6    OPPOSITION TO BE SERVED BY NOON ON MARCH 7.

7          COUNSEL FOR MR. FITZWILLIAM CAN COME AND OBSERVE

8    IF YOU WANT.  THE BANK, AS THE PARTY WHO'S APPEARED IN THE

9    CASE, COULD FILE WRITTEN OPPOSITION AT THE TIME OF APPEARING

10   IF YOU WANT, WITH SERVICE THROUGH CASEANYWHERE ON YOUR

11   ADVERSARY SUFFICIENTLY IN ADVANCE.  ALTHOUGH CANDIDLY,

12   JUST A FEW MINUTES IN ADVANCE WOULD BE ENOUGH UNDER THE

13   CIRCUMSTANCES.

14          NOW, LET'S SEE.  WE'LL NEED TO HAVE A SCHEDULE

15   FOR A HEARING.  DO YOU HAVE A SENSE OF WHEN YOU'LL BE ABLE

16   TO MAKE YOUR MOTION FOR ATTORNEYS' FEES, MS. IRVING?  I

17   ASSUME THAT THIS WILL NOT BE A TRIVIAL REQUEST BECAUSE

18   THE TIME AND EFFORT ON THE CASE SEEMS TO HAVE BEEN FAIRLY

19   SUBSTANTIAL.

20      MS. IRVING:  YES, YOUR HONOR.  IF WE COULD HAVE THREE

21   WEEKS FROM TODAY WOULD BE FINE.

22      THE COURT:  OKAY.

23          NOW, I'LL DIGRESS TO SOMETHING ELSE.  THERE HAD

24   BEEN SETTLEMENT TALKS, ALTHOUGH I GUESS THEY NEVER RIPENED

25   INTO CLOSENESS TO SETTLEMENT.  IS THERE ANY REASON TO THINK

26   THAT YOU AND MR. NUNEZ AND HIS COLLEAGUES WOULD BE ABLE

27   TO RESUME SERIOUS SETTLEMENT TALKS IN LIEU OF HAVING

28   TO FINALIZE A FEE AWARD?  OR IS THAT A NAIVE THOUGHT?

```
 1        MS. IRVING:  NO, I DON'T THINK THAT IS A NAIVE THOUGHT,
 2   YOUR HONOR.  SETTLEMENT DISCUSSIONS HAVE BEEN TAKING PLACE
 3   AND WE ANTICIPATE THAT THEY WILL CONTINUE.  SO THERE IS
 4   DEFINITELY A POSSIBILITY THAT IF WE COULD SETTLE THE CASE,
 5   WE WOULDN'T NEED TO MAKE A FEE MOTION.
 6        THE COURT:  MR. NUNEZ, DO YOU HAVE A SENTIMENT ON
 7   HOW QUICKLY YOU WANT THIS FEE MOTION TO BE BROUGHT SO
 8   THAT YOUR CLIENTS CAN STARE DOWN THE MUZZLE OF WHAT MAY
 9   BE AN EXPENSIVE AWARD?
10        MR. NUNEZ:  YEAH, WE ACTUALLY WERE JUST -- THE LAST
11   DISCUSSION WAS AS OF YESTERDAY AFTERNOON, SO WE HAVEN'T
12   EVEN HAD AN OPPORTUNITY TO PRESENT THAT TO ANYONE.  I
13   THINK AT THIS POINT THE FARTHER OUT THE BETTER.
14        THE COURT:  TELL YOU WHAT.  I'LL ADD A STATUS CONFERENCE
15   NEXT WEDNESDAY ON THE 8TH AT 11 A.M., AND YOU ALL CAN APPEAR
16   BY PHONE IF YOU WISH, BUT LET'S FIGURE OUT AT THAT POINT
17   WHERE THINGS ARE HEADED NEXT IN TERMS OF HOW QUICKLY ANY
18   ANTI-SLAPP FEE AWARD MOTION NEEDS TO COME FORWARD.
19             IF THERE ARE JURISDICTIONAL RULES THAT HAVE TO
20   DO WITH HOW QUICKLY IT HAS TO BE DONE OR THE RIGHTS ARE
21   LOST, I DEFER TO YOU, MS. IRVING, TO FIGURE OUT WHAT THOSE
22   DEADLINES, IF ANY, ARE.
23        MS. IRVING:  I WILL, YOUR HONOR.
24        THE COURT:  OKAY.  FOR MY PURPOSES, THAT TAKES CARE OF
25   THE NAIRN CASE TODAY.
26             OTHER THAN CHANGING MY MIND, IS THERE ANYTHING ELSE
27   THAT SHOULD BE TAKEN UP ABOUT THE NAIRN CASE THIS AFTERNOON,
28   MR. NUNEZ?
```

1      MR. NUNEZ:  I DON'T BELIEVE SO, YOUR HONOR.

2      THE COURT:  MR. RAMOS?

3      MR. RAMOS:  NO, YOUR HONOR.

4      THE COURT:  OKAY.

5

6        (AT 2:10 P.M., THE PROCEEDINGS WERE ADJOURNED)

7                - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     SUPERIOR COURT OF THE STATE OF CALIFORNIA

2      FOR THE COUNTY OF LOS ANGELES

3 DEPARTMENT 322    HON. WILLIAM F. HIGHBERGER, JUDGE

4         - - -

5

6

7 ROBERT NAIRN, et al.,      )
                 )
8       Plaintiffs,   )
                 )
9   vs.         ) Case No. BC606667
                 )
10 CITY NATIONAL BANK, et al.,  )
                 )
11       Defendants.   )
 _____)

12

13    I, TIMOTHY J. McCOY, CSR No. 4745, Official

14 Reporter Pro Tempore of the Superior Court of the State of

15 California, for the County of Los Angeles, do hereby certify

16 that the foregoing pages, 1 through 22, inclusive, comprise

17 a full, true and correct transcript of the proceedings held

18 in the above-entitled matter on Thursday, March 2, 2017.

19

20    DATED THIS 3RD DAY OF MARCH 2017.

21

22

23

24    <%signature%>
     TIMOTHY J. McCOY, CSR NO. 4745
25    OFFICIAL REPORTER PRO TEMPORE
     LOS ANGELES SUPERIOR COURT

26

27

28

## A

able 10:28 20:15,26
aboveentitled 23:18
absolutely 3:21
abuses 4:6
account 8:1
acquired 9:2
act 10:25
action 5:18 6:6,15 7:2
 7:3,8,11,17 13:16
add 15:10 19:11 21:14
added 8:5 15:12,13
 19:20
adjourned 22:6
adopted 18:27
advance 16:21 17:17
 20:11,12
advanced 9:16
advances 6:7,19
adversary 17:17
 20:11
advocate 9:23 11:28
advocates 3:11
affidavits 8:15
affirmative 12:23
afternoon 1:15 21:11
 21:27
agnostic 19:14
ago 2:24 11:20
agreed 10:16
ah 2:18
aiding 14:12
al 1:7,10,2,3 23:7,10
alive 12:16
allegation 13:12
allegations 8:4 9:5,6,8
 9:12,19 11:9 13:13
 14:14 16:14
alleged 7:20
allison 2:12
allow 6:13 12:8
allowed 15:16
allowing 6:12
alperin 2:6,20,20
 15:27 16:2,5
altogether 7:4
altruistic 7:4

amend 14:26 15:24
 19:26
amended 8:5 14:17
 15:9,17 19:10
amendment 14:18
 15:20
amounts 6:26
analysis 14:14 18:18
analytical 18:17
analytically 3:4 17:21
analyze 8:17 13:11
 18:15
analyzed 18:24
angeles 1:2,25 2:4,7
 1:4 23:2,15,25
anneliese 17:7,8
answer 19:28
anticipate 21:3
antislapp 3:6 4:3 5:20
 5:23,26 7:17 11:7
 12:6,9,13,20 13:1,25
 14:2,20,22 19:2
 21:18
anybody 1:23
app 6:11,17 8:12
apparently 15:15
appeal 3:28 18:20
appear 1:23 4:4 21:15
appearance 1:20,24
appearances 1:16,26
 2:1,9 1:8,13
appeared 15:26,27
 19:27 20:8
appearing 1:20 20:9
appears 6:19
applies 13:25
apply 14:4
appreciate 18:18
appropriate 19:4
approximately 4:21
argued 7:7
argument 2:25 3:9
 9:17 17:14
arisingfrom 8:13
asked 3:23
assume 2:27 16:10
 20:17

assuming 9:22
attach 4:3 19:6
attached 16:15
attention 7:19
attorney 1:23
attorneys 19:3 20:16
attributed 2:9
avenue 1:18,25
averment 8:26
averred 12:25
award 20:28 21:9,18

## B

back 15:3,18 16:8
bad 11:23
badly 11:8
balance 19:23
bank 1:10,3,13 2:14
 2:15 7:26 9:7,9,13
 10:10,17,21,25
 13:18 14:23,25,28
 15:8,8,21 16:12,19
 16:20 17:5,10,11
 18:28 19:3,4 20:8
 23:10
banks 10:19 16:23
 17:4,9
barbara 2:10,10,14
based 8:16 19:1
basically 4:2
basis 14:9
be606667 1:9,1,12
 23:9
beach 1:18
behalf 1:19 4:21
behle 2:12
belatedly 18:9
believe 3:15 9:7 14:18
 18:8 22:1
benefit 5:1,5
best 3:7 18:15
better 21:13
betting 14:12
beyond 8:18 14:7
bezek 2:12,13
bigpicture 4:2
bit 3:3 7:19 18:24

blamed 11:1
blecher 2:5
blunt 11:21
bouncing 7:22
box 11:21
brace 2:8,9,6
branch 7:26 9:9 13:18
brian 2:20 19:11
briefs 10:12
bring 12:8 19:10
brought 7:8 11:2 21:7
bsa 7:20 9:5,19 13:13
burden 7:2
business 6:12

## C

ca 1:4
cal 6:11,17 8:12,22
california 1:1,18,21
 1:25 2:4,7,10,14
 13:28 23:1,15
called 3:25
candidly 14:8 20:11
cant 4:9 12:10 14:8
care 21:24
carrillo 2:13
cart 13:5
case 1:9,1,2,22 3:4,25
 4:16,20 5:20 6:1,10
 6:13,19,22 7:6,16,17
 7:18 9:26 11:3 12:25
 13:23 15:1,7,8,9,27
 16:19 17:6,6,11,24
 19:9 20:9,18 21:4,25
 21:27 23:9
caseanywhere 18:11
 20:10
cases 3:27 5:15 8:25
casey 16:19 17:5,10
cash 4:24,25,28
cause 13:15 19:23
 20:2
causes 6:14
central 2:7
century 2:4
certain 3:27
certainly 3:24 4:26

**certainly** 3:24 4:26
**certify** 23:15
**changing** 21:26
**checkin** 1:26
**checks** 7:22,28 8:3
13:20,21
**chief** 7:18
**choose** 19:7
**chose** 10:23
**circle** 4:9,10,11
**circuit** 14:1
**circularity** 4:1
**circumstances** 20:13
**cite** 10:26
**cited** 4:28
**cites** 17:12
**city** 1:10,3,12 2:14,15
2:17 16:12,19 17:4,5
17:9,10 18:28 23:10
**claims** 18:27
**class** 5:6,12 6:24 7:17
17:23
**clear** 18:23
**clerk** 18:10
**client** 2:10 4:24
**clients** 9:24 18:19
21:8
**closeness** 20:25
**club** 4:16
**cnb** 2:7
**cocounsel** 2:3
**colleagues** 20:26
**collectively** 3:7
**collins** 2:5
**come** 10:21 12:13
20:7 21:18
**comes** 3:17 7:16,25
**coming** 7:28 8:2 13:20
14:23
**competent** 9:11,26
10:6,10 12:21 13:2
**complaint** 8:5,8,18
9:13 10:27 14:7,14
14:18,27 15:10,13
15:17 19:11,17,18
19:24 20:3
**complaints** 8:19

**complexities** 3:5
**complicated** 18:15
**comply** 10:20,25
**comprise** 23:16
**concededly** 19:27
**conclusion** 14:6
**condition** 5:10
**conference** 7:9 21:14
**conferred** 5:1
**confront** 12:9
**confused** 1:27
**consequence** 12:1
**consider** 2:24
**consideration** 7:15
**considers** 8:14
**consistent** 19:5
**context** 6:16 9:6
**continue** 1:26 5:7
16:7 21:3
**continued** 2:1
**corner** 11:23
**corners** 8:17
**correct** 23:17
**counsel** 1:16,26 2:1,6
2:24 15:25 16:20
17:23 20:7
**county** 1:2 17:6 23:2
23:15
**course** 19:4
**court** 1:1,11,22 2:3,7
2:9,12,18,22,27 3:2
3:13,16,19 4:1,13,15
4:24,27 5:3,7,15,17
5:19,20,23,26 6:1,5
6:10 7:12 8:4,7,13
9:21 11:5,6,13,16,26
12:5,27 13:6,10,22
14:20,24,28 15:6,15
15:22 16:1,4,6,15,20
16:23,25 17:1,6,13
17:28,28 18:6,8,14
18:23,27 19:19
20:22 21:6,14,24
22:2,4 23:1,14,25
**courtcall** 1:20,24 2:9
1:26 2:9
**courthouse** 12:14

**coverage** 4:2,10 9:22
11:13,15,16,17 13:6
13:7,10
**create** 4:7
**creates** 9:27
**crosshairs** 11:7
**csr** 1:27,7 23:13,24
**cure** 4:5
**currently** 20:3
**curtis** 2:12,12

_____
D
_____
**damages** 6:13
**dare** 4:14
**dark** 12:10
**date** 15:5
**dated** 23:20
**day** 15:2 23:20
**deadlines** 21:22
**deal** 13:28
**dealing** 5:16
**decide** 13:24
**deciding** 8:12
**declaration** 17:3,7
**declarations** 8:10
10:5 16:15
**defects** 18:18
**defend** 16:14
**defendant** 2:5,14 9:1
9:2 15:11 16:4 19:12
19:17
**defendants** 1:11,22
7:7,20 8:27 19:10,25
20:4 23:11
**defense** 2:12 8:16
**defenses** 12:23
**defer** 21:21
**definitely** 21:4
**demurrer** 7:10,13
12:27 14:10
**denied** 11:19 14:26
17:17
**denver** 2:8 1:25,27,28
2:1,5,5,11
**department** 1:3,5
23:3
**deride** 14:2

**deterring** 6:8
**didnt** 5:25
**different** 5:11 11:1
13:22
**difficult** 14:4
**digress** 20:23
**diligence** 10:12,20
**disadvantage** 11:28
**disclosure** 9:15
**discovery** 11:19,20,22
11:27 12:2,3,12
**discussion** 21:11
**discussions** 21:2
**dismissed** 19:1,17,24
20:3
**dispositive** 18:21
**dispute** 1:21
**disputing** 11:16
**district** 2:7
**divided** 3:10
**documents** 16:13
**doe** 15:10,12 16:4
19:9,20,25 20:4
**doesnt** 10:16 19:21
**doing** 3:10,11
**dont** 4:24 8:17 10:5,9
11:26,27 13:8 15:6,9
18:25 19:7 21:1 22:1
**draft** 10:28
**due** 7:15 10:12,20
19:4

_____
E
_____
**early** 12:17
**east** 2:4
**effort** 3:7 17:22 20:18
**element** 13:15
**elements** 9:28 12:23
14:9
**employment** 5:18
6:15
**endeavor** 7:4
**enforce** 5:12
**enforcement** 6:28 7:6
**entire** 7:11
**entirety** 19:2
**errata** 18:2

**esquire** 1:17,20,23,24
   2:3,6,8,9,12,13
**essentially** 9:24 12:17
**et** 1:7,10,2,3 23:7,10
**event** 15:3
**eventually** 1:22
**everybody** 10:16
**evidence** 7:24 9:8,11
   9:14,17,19,26 10:6
   10:10 11:10,12,18
   12:21 13:14,17
   16:17
**evidentiary** 9:4,6 10:8
   17:27
**exception** 3:21 4:1,7
   4:10 7:17 13:8
**exceptions** 4:17 11:18
**exhibit** 18:9
**existence** 6:4
**exists** 9:17
**expensive** 21:9
**express** 19:13
**extensively** 18:25
**extent** 3:6

**F**

**face** 12:17 14:20
**fact** 7:16 8:18,22,26
   9:12 10:13 12:22
   13:23 16:11
**facts** 8:15 9:28 10:19
   12:8,12,14,15,16
**factual** 3:27 14:7
**failure** 17:16
**fair** 2:9 15:15
**fairly** 20:18
**fall** 15:18
**false** 8:1,27
**falsity** 8:28
**far** 14:16
**farther** 21:13
**fee** 20:28 21:5,7,18
**fees** 19:3 20:16
**figueroa** 2:6
**figure** 13:6 21:16,21
**file** 15:16 20:9
**filed** 5:23,26 7:10 8:19

**filing** 17:28 18:10
   19:28
**filing** 17:28 18:10
**finalize** 20:28
**financial** 7:2
**find** 5:22 11:17 18:17
   18:25
**finding** 10:1
**fine** 20:21
**first** 3:20 8:5 13:6
   15:17 19:10
**fit** 3:5
**fits** 6:27
**fitzwilliam** 2:6,20
   10:10 11:1 14:23
   15:1,6,12,24,25
   19:11,27,28 20:7
**fixed** 18:3
**floor** 2:4
**focus** 4:16,17
**foley** 2:12
**ford** 6:17
**foregoing** 23:16
**forgotten** 15:18
**form** 7:25
**forth** 9:10,11 11:18
   15:14 19:10
**forward** 11:3 12:8
   21:18
**found** 9:22 11:16
**four** 8:17
**framed** 8:8
**framework** 7:20
**francisco** 1:21
**fraud** 5:14,16,18 6:6
   6:13,14,21,21 7:22
   8:24 14:8,9,10,13
**fraudulent** 7:27 8:1
**full** 23:17
**fullness** 10:14
**functionally** 12:19
**furnished** 2:23
**further** 13:11
**future** 6:9

**G**

**gained** 6:25

**general** 5:5 6:21 8:26
**generally** 12:25
**germane** 14:14
**give** 10:16 11:19
   17:16 19:28
**given** 4:14 7:15 17:28
   19:15
**gives** 3:6
**go** 8:18 13:28 16:8
**goes** 6:10 9:2
**going** 1:28 3:9,13 4:6
   5:22 10:24 11:21
   12:9,15 13:21 16:27
   18:21
**good** 1:15
**gotten** 11:11,12,15
   12:3
**grand** 1:25
**grant** 19:1
**greater** 5:11
**grossly** 17:16
**group** 2:3
**grove** 1:21
**guaranteed** 9:27
**guess** 20:24

**H**

**hagen** 1:17
**hair** 14:2
**hand** 12:14
**happen** 4:13
**happened** 15:17
**hasnt** 19:27
**havent** 11:11,15 12:3
   14:16 15:16 16:2,4
   19:15,21 21:11
**headed** 21:17
**hear** 5:25
**hearing** 20:15
**held** 23:17
**helicopter** 6:11
**hennigan** 1:22,24
   2:14,16,16,18 18:15
**heretofore** 1:8
**hes** 1:28 15:13,15
**highberger** 1:3,5 23:3
**hoffman** 2:3 1:22

**hollister** 2:8
**hon** 1:3,5 23:3
**honest** 17:19
**honor** 1:15,17 2:1,13
   2:26 3:1,12 7:19 9:7
   11:24 15:28 16:9,18
   16:24 17:12,25
   18:13,23 19:15
   20:20 21:2,23 22:1,3
**honors** 3:17 13:4
**hope** 12:11
**horse** 13:5
**hour** 2:23
**house** 1:14
**howard** 2:6,20
**hypothesis** 12:13

**I**

**id** 3:10,20 18:18
**ill** 1:13 10:16 16:10
   19:23,28 20:2,23
   21:14
**im** 2:1,20 5:25 8:6,9
   10:1 11:24 12:4 13:5
   14:24 15:19
**imperfect** 13:25
**implement** 14:3
**imploded** 4:11
**importance** 5:16,21
   6:14 8:20
**important** 5:13 6:20
   17:24
**improper** 16:24
**inadmissibility** 16:9
**incentive** 7:27
**include** 4:18
**inclusive** 23:16
**inconsistent** 7:10,12
**independent** 12:7
**indicate** 11:11
**indisputably** 3:4
**individual** 6:20
**infinite** 4:5
**initial** 8:13
**injunctive** 3:23 4:19
   5:9
**insofar** 13:24

instance 6:21
instructionally 8:25
intentional 6:8
interest 3:21 4:4,8
    5:13,17,22 6:7,15,20
    8:1
interested 15:26
interesting 3:3
internal 16:13
introduce 16:28
introduced 16:13
inure 5:5
investigation 12:7
investment 8:2 13:18
investor 7:26
investors 6:22
invite 2:25
involve 4:4,7
involved 4:9 6:1,22
involving 18:1
irving 1:23 2:13,13
    3:1 16:24 18:14,23
    19:14,15 20:16,20
    21:1,21,23
irvings 13:27
isnt 3:24,25 15:21
issue 9:12,27 10:13
    12:22
issues 15:4 18:24
ive 10:3,4,8 13:26
    15:14,18

**J**

jeanne 1:23 2:13
joining 1:25 2:18
judge 1:3,5 2:7 23:3
judgment 9:25 12:18
    12:28 17:5,10 19:5
judicial 16:11,18
julio 1:19,20,17
july 17:14,15
juncture 19:10
jurisdictional 21:19
jurisprudence 3:6
    14:1
jury 12:15
justification 17:1

**K**

keep 12:16
khorvash 18:8
knew 6:3 7:28 8:27
    11:21
know 3:10 4:22 6:2
    10:28 15:6 19:16
knowledge 7:21,25,25
    8:20,21,24,25 9:3,7
    10:24 11:10 12:24
    13:15,16,19,21
known 8:28

**L**

lacking 10:1
language 6:4
large 5:6
laugh 14:2
law 1:19,23 2:3 4:11
lawsuit 12:7
lawyer 13:27 15:16
lazar 5:17,19 6:1
leave 19:26
legislation 13:26 14:4
legislature 4:5,14 6:3
liability 8:15
lieu 20:27
limitations 15:4
literally 14:13
litigation 12:11
little 7:19
llp 1:17 2:12
look 5:17 7:28 8:22
looking 13:19
los 1:2,25 2:4,7 1:4
    23:2,15,25
lost 21:21

**M**

madison 2:8,6
manager 7:26 9:9
    13:18
manner 8:21
march 1:14,4 20:5,6
    23:18,20
margarita 6:17
market 6:21

material 9:28 12:22
matter 1:24 2:6 3:27
    23:18
matters 4:4 16:10
mcconnell 17:4
mccoy 1:27,7 23:13
    23:24
mckool 1:22 2:13
mean 5:3 10:17 11:21
    11:26 13:28
meaning 5:28 6:3
meaningful 10:9
means 13:16,17
mediocre 17:22
meet 5:10
meeting 9:24
mess 4:14
met 8:13
michael 1:23,24 2:3,8
    1:19,26 2:16
mike 2:5,15
mind 21:26
mindful 17:14
minutes 20:12
misreads 5:8
misrepresentations
    6:8,9
mistake 2:2
moment 14:24,25
    19:25
money 6:26
monstrosity 14:3
months 11:20
motion 7:14 12:18,20
    12:20,28 17:4,9 19:2
    19:3,25 20:16 21:5,7
    21:18
move 14:15 16:26
moving 2:12,27
murk 3:5
mute 2:2
muzzle 21:8

**N**

nairn 1:7,2,12,24,27
    18:1 21:25,27 23:7
naive 20:28 21:1

name 1:2 18:2
named 16:3 19:17,21
narrower 4:10
nasi 9:14
national 1:10,3,12
    2:14,15,17 16:12,19
    17:4,5,9,10 18:28
    23:10
nature 4:18
navellier 8:11
necessary 6:28 7:6
    13:15
need 2:24 13:8 20:14
    21:5
needed 9:28 12:22
    18:9
needs 7:15 15:3 21:18
never 20:24
new 16:17
newhouse 2:3,3 1:19
    1:19
ninth 14:1
non 5:2
noon 20:6
noted 1:8
notfiled 8:5
notice 9:13 10:14,17
    10:22 16:11,18
    17:17
nullity 19:18
number 1:1 6:28
    18:20
numerous 5:15 7:21
nunez 1:17,15,15 2:3
    2:26 3:12,13,15,17
    3:20 4:12,15,26,28
    5:4,8,21,25,28 6:3
    8:6,9 11:4,9,15,24
    12:1,3,24 13:4,9,12
    14:17,22,26 15:3,13
    15:19 16:7,8,17,22
    16:26,27 17:3,21,25
    18:5,7,12,16,19 20:1
    20:26 21:6,10,28
    22:1

**O**

**objection** 17:27 18:3
**objections** 10:5,9
**obligations** 10:20
**observe** 20:7
**observer** 2:21 15:26
**observing** 2:4,6,9,13
**obtained** 8:21 9:16
**obvious** 11:22
**obviously** 1:20 7:2
  18:19
**occasion** 16:12
**office** 6:1
**offices** 1:19
**official** 1:27 23:13,25
**okay** 2:3,11,18,19,22
  2:27 3:2,16 4:27
  14:17 16:1,8 17:3
  18:14,27 20:22
  21:24 22:4
**omissions** 18:17
**once** 9:21 10:8 11:13
  11:21,27 13:1
**oneoff** 3:3 18:16
**operative** 9:13 20:3
**opportunity** 21:12
**opposing** 8:14
**opposition** 7:14 9:17
  10:1 17:14 20:6,9
**oral** 2:25 17:13
**orange** 17:6
**order** 7:22 12:2 17:26
  18:20 19:4,6,23 20:2
**ordinarily** 19:19
**original** 4:10 8:8
**otero** 2:8
**outset** 4:16

**P**

**page** 1:26 8:12 9:10
**pages** 1:28 23:16
**papers** 7:7 10:7 17:20
**paraphrase** 19:7
**park** 2:4
**part** 3:10 6:23 13:13
  15:21 18:6,7
**particular** 1:21 6:5,19
  6:22 7:13 8:24

**particularly** 9:23
  10:11 17:16 18:21
**parties** 2:12 19:21
**party** 1:20 2:27 15:10
  20:8
**passed** 5:24,27
**patrick** 19:11
**paying** 7:19
**pc** 2:3
**pecuniary** 5:1,2
**peggy** 2:12
**pending** 2:7 14:20,22
  19:9
**people** 6:26
**pepperman** 2:5
**perceived** 4:6
**perpetuate** 7:22
**personally** 11:26 12:1
**persons** 5:6
**persuade** 13:7
**persuaded** 14:16
**pertaining** 13:12,14
  13:17
**peter** 2:13
**phase** 12:19 13:1
**phone** 1:18 2:1 21:16
**phrase** 3:24
**piece** 13:26 14:4
**pile** 10:9
**piruz** 18:8
**place** 21:2
**placed** 8:10
**plaintiff** 2:8,12 1:27
  3:9 6:7 7:3,5 18:2
**plaintiffs** 1:8,17,13,16
  1:17,23 2:24 4:20
  5:10 7:1 9:11,16,23
  12:11 18:28 19:9
  23:8
**play** 12:6
**plead** 10:23 14:8
**pleaded** 8:26
**pleading** 8:23,24 11:1
  11:4 12:8,26 13:3,22
  14:7
**pleadings** 8:14 12:28
**pleads** 10:23

**pled** 14:10
**point** 3:25 10:13
  12:24 13:12 16:11
  18:18 19:13 21:13
  21:16
**pointed** 3:26
**policy** 6:16
**ponzi** 4:21 10:15,18
**position** 7:10,12 16:23
**possibility** 21:4
**practical** 12:1
**practice** 14:10
**prayed** 3:23
**prejudice** 17:18 19:1
  20:4
**prepare** 19:4
**prepared** 2:27
**present** 21:12
**presented** 7:24
**pretty** 11:22
**prevented** 7:21
**primarily** 7:25
**prior** 12:2
**private** 6:28 7:6
**privileged** 9:15,20
**pro** 1:27 23:14,25
**probably** 19:5
**problem** 2:10 10:23
  13:26,27,27 18:3
**problems** 18:25
**procedural** 19:19
**procedure** 8:23
**proceed** 2:28 3:19
  19:21
**proceedings** 1:13 22:6
  23:17
**process** 10:12,20
**promissory** 5:18
**prong** 7:1
**proof** 13:2
**proposed** 19:6
**proven** 13:16
**provide** 9:6
**provided** 11:12
**public** 3:20 4:4,7 5:6
  5:13,17,21 6:7,15,16
  6:20

**punishing** 6:7
**purposes** 21:24
**pursuing** 6:6
**put** 9:10,11,21,24
  11:6,20 14:6 15:14
**putting** 13:5

**Q**

**question** 11:14 13:2
  14:25 15:2,23 19:8
**questioning** 3:18
**quickly** 21:7,17,20
**quite** 18:24,24
**quote** 6:6,12,18
**quoted** 10:26

**R**

**ramos** 1:19,20,17,17
  2:4 3:18 22:2,3
**reaching** 4:17
**read** 4:12 11:5 13:28
**reading** 15:20
**real** 11:27
**really** 3:25 10:9 14:12
**reason** 20:25
**reasons** 18:20
**receiver** 2:3 1:20 6:25
  7:8,11
**receiving** 8:2
**recognition** 9:18
**record** 1:12 16:27
  17:2 18:6,7
**refer** 10:12
**reference** 10:27
**referring** 8:4
**regard** 9:9 17:21
**regulations** 10:26
**regulators** 10:21
**relate** 15:3
**related** 2:6 10:25
**relation** 16:10
**relevant** 10:17 12:23
  15:22
**relief** 3:23 4:18,19,21
  5:9,11
**remain** 1:11
**remind** 15:11

repeat 17:2
reply 17:15
reported 1:27
reporter 1:27,7 23:14
   23:25
reporters 1:13
reporting 10:21
representation 8:27
   8:28
representing 1:28
   5:12
request 14:26 16:11
   16:18 17:13 20:17
required 5:9 8:11
requirement 3:22,26
   4:23 7:4 8:13 11:4,5
requires 3:18 12:13
researched 19:22
respect 14:17 17:27
respond 3:18 18:16
rest 6:24
resume 20:27
returnable 20:5
reveal 8:19
reveals 8:19
right 2:23 5:13,28
   6:27 10:7 11:6 14:19
   15:20,21,24 17:25
   18:12,20
rights 5:13 21:20
ripened 20:24
robert 1:7 2:9,12 1:2
   2:5 23:7
robinson 6:11
rules 19:19 21:19
ruling 12:5 17:2,12
   18:22

―――――――
S
―――――――
san 1:21
santa 2:10,10,14 6:17
sar 16:14
sars 13:13 16:10
saying 4:18 11:25
   12:4 13:5
says 8:25
schedule 20:14

scheme 4:22 7:23,27
   10:15,18 13:18
seated 1:11
second 12:19 13:1
secrecy 10:25
section 4:28 8:23
sections 10:26,27
see 9:21 14:24 20:14
seek 5:10
seeking 4:20,22
sense 3:7 20:15
sentiment 21:6
separate 10:3 17:26
serious 20:27
served 16:2,4,20 20:6
service 20:10
set 11:18 19:23 20:2
settle 21:4
settlement 20:24,25
   20:27 21:2
shot 12:10
shouldnt 19:24 20:3
show 9:11 12:16,21
   13:14 19:23 20:2
showing 9:25
side 1:14 2:12 9:26
sierra 4:15
signature 23:24
significant 5:1
silent 10:2
simply 3:26 8:17
sir 2:4
situation 18:16
skullduggery 9:14
sletten 8:12
sloppy 17:20
slur 11:28
smith 1:22 2:13
solana 1:18
somebody 17:23
sorry 2:1 5:25
sort 14:2
sought 4:18 5:11
   11:19
sources 9:3
south 1:25 2:6
speak 7:18

specifically 4:28
specificity 14:11
spelled 17:7
spent 17:19
squarely 6:27
stake 7:2,3
standard 9:25 12:26
stare 21:8
start 3:11,20
started 12:6 13:22
starting 1:13
state 1:1 23:1,14
stated 6:14
statement 9:10 10:3
   11:11 16:8
stating 8:15
status 7:9 21:14
statute 3:22,24 4:3,6
   4:13 5:8,23,26 6:5
   11:7 12:6,9,13 13:13
   13:25 14:3,21,22
   15:4
stepped 11:2
steuernagel 17:7,8,8
steven 1:17,15
stevens 1:18
stranger 4:13
street 1:21 2:6,10,13
stricken 10:4,8
stylistically 17:21
subcontract 10:3
submit 18:26
submitted 10:7 14:18
   19:26
subsequently 7:21
substantial 6:25 20:19
sufficient 11:12
sufficiently 8:26
   20:11
suite 1:18,21,25 2:6
   2:13
summary 9:25 12:17
   14:9 17:5,9
superior 1:1 5:17 17:6
   23:1,14,25
support 9:6 12:12
   17:4,9

supporting 8:14
supposed 4:3
supreme 4:15 5:15
   6:5,10
surmise 10:14,22
susan 17:3
sustained 10:4,8 18:1
   18:4
swartz 1:23 2:15,15
   18:14

―――――――
T
―――――――
take 1:13 7:28 8:22
   12:10
taken 7:13,13 18:24
   21:27
takes 21:24
talisman 14:9
talk 9:20
talking 3:11 5:16 8:9
talks 7:1 8:23 17:26
   20:24,27
tear 14:1
telephone 2:16
telephonic 1:20,24 2:9
tell 15:17 21:14
telling 15:19
tempore 1:27 23:14
   23:25
tentative 2:23 17:26
   18:26,27 19:5,6
termination 6:16
terms 8:9 21:17
test 9:21,24 13:3
testing 12:20
thank 3:12 16:6
thats 3:4 5:11 6:25,28
   9:5,28 10:5 11:2,5,7
   11:10 12:19 14:7,25
   15:22 16:16 18:10
   18:12 19:19,26
theory 10:19
theres 3:21 4:1 9:22
   11:17 12:21 13:7,10
   13:10 14:22 16:3
   19:25
theyre 10:22 18:1

theyve 7:10,12,13
thing 9:19 12:16
things 4:3,7,13 8:11
    13:19 21:17
think 3:4 5:8,27 6:27
    7:15,18 10:15 13:4
    14:5,13 18:12 19:16
    20:25 21:1,13
third 1:20 7:1
thought 19:16 20:28
    21:1
three 4:17 20:20
thrown 7:11
thursday 1:14,4 23:18
time 1:6 2:24 10:15,17
    17:13,19 18:13,24
    20:9,18
timothy 1:27,7 23:13
    23:24
today 15:7,8,9,23
    20:21 21:25
todays 18:20
topic 10:2
tort 6:13
totally 13:22
transcript 1:13 23:17
triable 9:12,27 10:13
    11:18 12:22
trial 9:15 12:15
trivial 20:17
troubled 17:20
troubling 17:22
true 4:12 23:17
try 3:5 19:11
trying 7:11 15:7,8
turn 15:23
turned 10:15 11:8
two 6:28 18:1
type 3:23 5:9 7:16
types 16:14
typical 12:11

_____
U
_____
ultimate 14:6,7
understand 13:4
    19:20
understood 11:24

union 17:11
unique 4:22
unnecessary 7:8 9:4
untimely 17:16
uploaded 18:11
use 9:15

_____
V
_____
valid 6:6
various 8:19 13:19
variously 14:1
versus 1:12
viable 17:1
victimized 6:23,24
victims 4:21
view 3:21 4:2 10:13
views 19:13
vintage 6:2
violation 6:16
virtually 10:4
virtue 15:13
voluminous 10:7
vs 1:9,3 2:6 5:17 6:17
    8:11 16:19 17:5,10
    23:9

_____
W
_____
want 4:24 10:2 19:6
    20:8,10 21:7
wants 4:24 17:23
ward 1:17
wasnt 5:20
way 8:7 10:23
wednesday 21:15
weeks 20:21
weighing 7:1
welcome 18:16
west 2:13
weve 7:24 11:12
whats 16:23
whatsoever 18:26
whos 3:10 20:8
william 1:3,5 23:3
win 12:15 13:8
winner 9:27
wins 14:25
wisdom 4:5

wish 1:23 19:13 21:16
witkin 8:22
work 13:24 14:5
working 11:27
wouldnt 21:5
wound 6:23
written 18:7 19:25
    20:5,9
wrong 2:10
wrongful 6:16

_____
X
_____

_____
Y
_____
yau 6:17
yeah 21:10
year 17:15,15
yep 18:8
yesterday 21:11
youd 18:18
youll 12:12,16 19:5
    20:15
youre 3:13 5:22 8:4,7
    10:7 11:16,27 12:9
    18:16
youve 9:21 13:26
    15:11

_____
Z
_____

_____
0
_____
00 20:5
02cc06597 17:6

_____
1
_____
1 1:28,6 17:14 23:16
10 22:6
107 1:21
11 20:5 21:15
126 2:10
1300 4:21
144 6:17
15 2:13 17:15
17 5:3
1750 2:6
1800 2:4

_____
2
_____

2 1:14,4 4:28 5:3,3
    9:10 22:6 23:18
200 2:13
2004 6:11
2006 17:11
2014 6:17
2017 1:14,4 23:18,20
22 1:28 23:16
229 6:17
29 8:12
2900 1:25

_____
3
_____
300 1:25
322 1:3,5 23:3
34 6:11
35 1:21
350 1:18
3rd 23:20

_____
4
_____
417 5:3
425 5:3,4
440 1:18
45 1:6
472 14:19
4745 1:27,7 23:13,24
4th 6:11,17 8:12

_____
5
_____
5 8:22
515 2:6
5th 8:23

_____
6
_____
6th 2:4

_____
7
_____
7 20:6
726 8:23

_____
8
_____
8 20:5
82 8:12
89 8:12
8th 21:15

_____
9
_____

**90067** 2:4
**90071** 1:25 2:7
**92075** 1:18
**93101** 2:10,14
**94102** 1:21
**979** 6:11